

MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

FILED
08 JUL 23 AM 9:17
RICHARD W. WIEKING
U.S. DISTRICT COURT

CW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),

Defendants,

and

DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,

Relief Defendants.

Case No. CV 08 3517

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Plaintiff Securities and Exchange Commission (the "Commission") applies for a temporary restraining order prohibiting defendants Robert C. Brown, Jr. and Trebor Company (aka Trebor Investment Company, Trebor Seminars, Trebor Group and Trebor Group Fund) from committing violations of the antifraud provisions of the federal securities laws, freezing assets of the defendants and the relief defendants, requiring defendants to repatriate assets, prohibiting defendants from

destroying documents, requiring the defendants to provide an accounting, and authorizing immediate discovery, all as set forth in more detail in the proposed temporary restraining order lodged by the Commission. In addition, the Commission applies for an Order to Show Cause Regarding Preliminary Injunction.

The Commission makes this application pursuant to Local Rules 7-10 and 65-1 and Federal Rule of Civil Procedure 65(b). The Commission is authorized to make this application and the Court is authorized to grant a temporary injunction or restraining order and other equitable relief, without bond, pursuant to 15 U.S.C. §§ 77t(a), 78u(d)(1), and 80b-14.

This application is supported by the Commission's memorandum of points and authorities, the declarations of Mark P. Fickes, Jeremy Pendrey, William Michael McCombe, Teresa Bunch, Patrick Whitfield, and all materials attached to the declarations, and such other oral or written evidence as may be presented at the hearing. As detailed in those papers, the Commission requests the immediate assistance of the Court in preventing the further misappropriation of investor funds by defendants. Defendants have misappropriated more than $20 million from hundreds of investors by guaranteeing phenomenal returns to investors. Defendant Robert Brown used investors' money as a personal slush fund, paying for lavish personal expenses such as limousine services and expensive shopping trips with his girlfriend. Brown is currently attempting to raise additional money by promising profits of 30% to 40% *per month*. These facts demonstrate that the defendants have engaged in violations of the federal securities laws and that there exists an immediate and irreparable risk of injury to investors and to the public unless relief is granted.

The Commission applies for this injunctive relief on an *ex parte* basis. Pursuant to Local Rules 7-10 and 65-1(b), the Commission's staff notified defendants' counsel and the relief defendants of this application.

Dated: July 23, 2008

Respectfully submitted,

Mark P. Fickes
Attorney for Plaintiff
Securities and Exchange Commission