1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2     fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3     lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4     pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12
   SECURITIES AND EXCHANGE COMMISSION,    Civil Action No. CV 08 3517
13
              Plaintiff,                  DECLARATION MARK P. FICKES IN
14                                        SUPPORT OF PLAINTIFF SECURITIES AND
       vs.                                EXCHANGE COMMISSION'S *EX PARTE*
15                                        APPLICATION FOR TEMPORARY
   ROBERT C. BROWN, JR. AND TREBOR        RESTRAINING ORDER AND ORDER TO
16 COMPANY (AKA TREBOR INVESTMENT         SHOW CAUSE RE PRELIMINARY
   COMPANY, TREBOR SEMINARS, TREBOR       INJUNCTION
17 GROUP AND TREBOR GROUP FUND),

18            Defendants,

19     And

20 DUANE EDDINGS, CDC GLOBAL, INC. AND
   WISE INVESTORS SIMPLY EXCEL, LLC,
21
              Relief Defendants.
22

23

24

25

26

27

28

1      I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am
2  an attorney in the San Francisco Regional Office of the Securities and Exchange Commission
3  ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness,
4  could and would competently testify as follows:

5      1.    On July 22, 2008, at approximately 2:30 p.m., Jeremy Pendrey and I made a telephone
6  call to Ismail Ramsey, who was the defendants' legal counsel during the Commission's investigation
7  of this matter. We advised Mr. Ramsey that the Commission planned to file a civil complaint against
8  Mr. Brown and Trebor Company on July 23, 2008. We also told Mr. Ramsey that the Commission
9  would name Duane Eddings, CDC Global, Inc. and Wise Investors Simply Excel, LLC as relief
10 defendants. We further advised Mr. Ramsey that the Commission intended to appear on July 23,
11 2008, at 9:00 a.m., at the United States District Court for the Northern District of California, located
12 at 450 Golden Gate Avenue, San Francisco, California, 94102, for the purpose of presenting the
13 Court with an *ex parte* application for a temporary restraining order and order to show cause
14 regarding a preliminary injunction and an *ex parte* application to file certain unredacted documents
15 under seal.

16     2.    Mr. Ramsey advised that he would consult with Mr. Brown to determine whether Mr.
17 Ramsey could accept service of the complaint and the *ex parte* applications and supporting papers.
18 Mr. Ramsey also said that he would consult with Mr. Brown to determine whether anyone would
19 appear before the Court to oppose the Commission's *ex parte* applications.

20     3.    On July 22, 2008, at approximately 3:30 p.m., Mr. Ramsey left a message of my voice
21 mail system. Mr. Ramsey advised that he had consulted with Mr. Brown and that Mr. Ramsey would
22 not represent the defendants in the instant civil enforcement action. He further advised that we was
23 not authorized to accept service on defendants' behalf. Finally, Mr. Ramsey stated that he did not
24 know whether Mr. Brown would appear before the Court to oppose the Commission's *ex parte*
25 applications.

26     4.    On July 22, 2008, at approximately 2:40 p.m., Jeremy Pendrey and I made a telephone
27 call to Duane Eddings, who represented himself during the Commission's investigation of this matter.
28 We told Mr. Eddings that the Commission planned to file a civil complaint against Mr. Brown and

Trebor Company on July 23, 2008. We also indicated that the Commission would name Duane Eddings, CDC Global, Inc. and Wise Investors Simply Excel, LLC as relief defendants. Mr. Eddings is the registered agent for service of process for CDC Global, Inc. and Wise Investors Simply Excel, LLC. We also told Mr. Eddings that the Commission intended to appear on July 23, 2008, at 9:00 a.m., at the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102, for the purpose of presenting the Court with an *ex parte* application for a temporary restraining order and order to show cause regarding a preliminary injunction and an *ex parte* application to file certain unredacted documents under seal.

5. Mr. Eddings advised that he would appear in order to oppose the Commission's *ex parte* applications.

6. Mr. Ramsey's business address is 803 Hearst Avenue, Berkeley, California. His business telephone number is 510-548-3060.

7. Mr. Eddings' addresses as registered agent for service of process of relief defendants are 610 Garin Avenue, Hayward, California 94544, and 5011 Staghorn Drive, Vallejo, California, 94591.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 23rd day of July, 2007, at San Francisco, California.

*/s/ Mark P. Fickes*
Mark P. Fickes

2        DECLARATION OF MARK P. FICKES