1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500

8

9

10                    UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

                              CV 08          3517
12

13  SECURITIES AND EXCHANGE COMMISSION,    Civil Action No.

14              Plaintiff,                 DECLARATION OF TERESA BUNCH IN
                                           SUPPORT OF PLAINTIFF SECURITIES AND
                                           EXCHANGE COMMISSION'S *EX PARTE*
15         vs.                             APPLICATION FOR TEMPORARY
                                           RESTRAINING ORDER AND ORDER TO
16  ROBERT C. BROWN, JR. AND TREBOR        SHOW CAUSE RE PRELIMINARY
    COMPANY (AKA TREBOR INVESTMENT         INJUNCTION
17  COMPANY, TREBOR SEMINARS, TREBOR
    GROUP AND TREBOR GROUP FUND),          REDACTED [LOCAL RULE 3-17(d)]

18              Defendants,

19         And

20  DUANE EDDINGS, CDC GLOBAL, INC. AND
    WISE INVESTORS SIMPLY EXCEL, LLC,
21
                Relief Defendants.
22

23

24

25

26

27

28

1    I, Teresa Bunch, declare:

2    1.    I submit this declaration in connection with the Commission's investigation called

3    Trebor Company. I make this declaration based on facts within my personal knowledge to which I

4    am competent to testify if called upon to do so.

5    2.    I am employed in a business I own with my husband, Daniel Bunch. We own

6    community care facilities that care for individuals who are developmentally disabled. Daniel works

7    as a Corrections Officer for the California Department of Corrections.

8    3.    In approximately June 2005, one of Daniel's co-workers told him about Robert C.

9    Brown, Jr., who he claimed was making a lot of money for investors by trading stocks. As a result,

10    Daniel and I called Brown to discuss the possibility of investing with him. During the telephone

11    conversation, among other things, Brown told us that he invested in stocks for investors. He also told

12    us that he was well known around his community, which at the time was Vallejo, California.

13    4.    Shortly thereafter, Daniel and I met with Brown at his office on Georgia Street in

14    Vallejo, California. During the meeting, Brown told us he had been investing for a long time. He

15    said he started investing as a young boy and that his father taught him how to invest. He said that he

16    invested for others so that he could help people, and share knowledge about how to become wealthy.

17    He said he gave investing classes. He gave us a copy of a newspaper article from the Vallejo Times

18    Herald that featured him, a copy of which is attached hereto as **Exhibit 1**. He explained his

19    investment strategy to us, which he said involved knowing when to buy and sell certain stocks.

20    Brown also told us that he would cover our investments with his own money if they did not earn the

21    returns he promised.

22    5.    During the meeting, Brown told us that he invested for prominent local figures, such

23    as the mayor, and for other law enforcement officers (like Daniel). Brown also said that he was

24    investing for members of his church. He told us that he invested for others because God wanted him

25    to "give back" after having achieved his own success. Of all the things Brown told us during our

26    meeting, the fact that he was a religious man investing for others because he felt called by God to do

27    so was the single most influential factor that caused me to invest with Brown. My religious faith is

28

DECLARATION OF TERESA BUNCH

1 important to me. I am very involved with my church, and thus these statements by Brown were

2 critical, and solidified my decision to invest with him.

3      6.    During the meeting, Brown showed Daniel and I two different types of agreements.

4 First, he showed us a "24-Month High Yield" agreement, pursuant to which we would receive

5 payouts of 21-30%, three times a year. Second, he showed us a "24-Month Double Agreement,"

6 pursuant to which Brown would match our money and we would receive double the matching money

7 at the end of 24 months. Brown said the "Double" agreement was something he only offered to close

8 family and friends. Brown said he was offering this investment to us because the co-worker who had

9 referred us to Brown was a close friend of a woman who has known Brown since he was a child and,

10 according to Brown, helped raise him.

11      7.    On July 1, 2005, Daniel and I signed a 24-Month High Yield Agreement with Brown,

12 a copy of which is attached hereto as **Exhibit 2**. We invested $50,000 in this account, which we

13 withdrew from my individual retirement account, where it had been invested in mutual funds. On

14 July 12, 2005, pursuant to Brown's instructions, I wired the $50,000 to Brown to an account at Union

15 Bank of California specified by Brown. Attached hereto as **Exhibit 3** is a copy of the Funds Transfer

16 Request and Authorization for this wire transfer, and attached hereto as **Exhibit 4** is a copy of the

17 account information Brown provided us.

18      8.    Also, on July 1, 2005, Pursuant to Brown's promise to match our initial investment,

19 we executed with Brown a $50,000 24-Month Double Agreement, a copy of which is attached hereto

20 as **Exhibit 5**.

21      9.    Between July and November 2005, Brown paid us approximately a total of $11,000.

22 Everything was going the way Brown said it would, thus, we considered investing additional money

23 with Brown. As a result, we scheduled a meeting with Brown to discuss investing further.

24      10.    In November 2005, we met with Brown for lunch at Hs Lordships restaurant in

25 Oakland, California. A friend of ours who also ultimately invested with Brown attended the meeting

26 with us. An individual named Duane Eddings also attended the meeting. We had briefly met

27 Eddings during our first meeting with Brown in June 2005 when he was leaving Brown's office at the

28 time we arrived.

11.    At the November 2005 lunch meeting, we discussed the possibility of investing further with Brown. We were apprehensive because we were contemplating investing our life savings with Brown by borrowing the equity in our home. Brown assured us that his investments were legitimate. He said that wire transfers, which was how he requested that we transfer our money to him, create a paper trail and thus that was how we knew he was legitimate. Eddings said he would be a contact person for our investments with Brown. When it came time during the meeting to execute new investment contracts, Eddings took the contract forms out of his briefcase and distributed them to us and Brown to complete and sign.

12.    During the November 2005 meeting, Daniel and I signed another 24-Month High Yield Agreement with Brown, pursuant to which we invested $200,000, which we obtained by taking out an equity line on our home. A copy of this agreement is attached hereto as **Exhibit 6**. A copy of the Wire Transfer Services Outgoing Wire Transfer Request for the transaction is attached hereto as **Exhibit 7**. A copy of the account information Brown provided us for the funds transfer, which identifies "Wise Investors Simply Excel, LLC" as the recipient of the funds, is attached hereto as **Exhibit 8**. In addition, pursuant to Brown's agreement to match our money, at the same meeting we also signed a 24-Month Double Agreement for an additional $200,000 investment contributed by Brown, a copy of which is attached hereto as **Exhibit 9**. Brown dated the contracts "November 1, 2005," even though the meeting took place later in November 2005, closer to Thanksgiving. Brown told us he was doing this as a "favor" to us so that our profits would accrue starting at the beginning of the month.

13.    On December 1, 2005, Daniel and I invested an additional $50,000 with Brown. Again, we borrowed home equity to finance the investment. A copy of our December 1, 2005, 24-Month High Yield Agreement is attached hereto as **Exhibit 10**. A copy of the Wire Transfer Services Outgoing Wire Transfer Request for the transaction is attached hereto as **Exhibit 11**. Again, Brown agreed to match our initial investment. A copy of our December 1, 2005, $50,000 24-Month Double Agreement is attached hereto as **Exhibit 12**.

14.    In March 2006, we received a letter from Brown's assistant, Lynn Hooks, enclosing account statements for two of our 24-Month High Yield investments. The statements asserted that we

1  had earned 21% returns on our investments. Despite that the statements say we earned profits of over

2  $65,000 on those two investments alone, Brown did not pay us our total profits. As described below,

3  we only received $11,000 more from Brown. Copies of the letter and statements are attached hereto

4  collectively as **Exhibit 13**. These are the only account statements for our investments with Brown

5  that were ever sent to us.

6       15.    After our November and December 2005 investments, Brown stopped paying us the

7  profits accrued on our investments. Daniel and I began calling Brown regularly to find out what the

8  problem was. Brown had previously told us that we could get our money back at any time, so we

9  tried to do so. We found it difficult to reach Brown. We spoke to Lynn Hooks many times, and she

10  always said she would convey our messages to Brown. After this, Hooks and Brown told us one

11  excuse after another about why we were not receiving the money Brown owed us. Eventually, Brown

12  wouldn't talk to us anymore. He said he was "so busy" with the market that he didn't have the time

13  to speak with us.

14       16.    In December 2006, I received by mail a $5,000 check from Brown written on a TD

15  Ameritrade check. Copies of the front and back of the check are attached hereto collectively as

16  **Exhibit 14**. I cashed the check, but in January 2007, I received a notification from my bank

17  informing me that the check had bounced because it had been written on a closed account. A copy of

18  the January 3, 2007 notice from Wells Fargo Bank is attached hereto as **Exhibit 15**.

19       17.    In February 2007, Brown sent us two additional checks, one for $4,000 and another for

20  $5,000. He didn't sign the $4,000 check, so it could not be cashed. The $5,000 check bounced.

21  Copies of both checks are attached hereto as **Exhibit 16**.

22       18.    From January to May 2007, Brown paid us a total of $11,000 in five cashier's checks,

23  copies of which are attached collectively hereto as **Exhibit 17**. These were the last payments Brown

24  made to us. Attached hereto as **Exhibit 18** is a copy of a handwritten letter we received from Brown

25  during the first part of 2007. Even though from May 2007 to the present we did not receive another

26  payment from Brown, the letter stated, among other things, that we would be "so blessed in the very

27  near future."

28

DECLARATION OF TERESA BUNCH

19.     In 2007, Brown began communicating with us through letters to "group members," rather than telephone conversations. For example, attached hereto as **Exhibit 19** is a copy of a letter from Brown dated May 18, 2007, as well as a copy of the envelope addressed to me in which the letter came. The letter states that payments of "[i]nstallments of principal and interest will begin in June 2007 and will continue until all capital has been received." After May 2007, we never received another payment from Brown. In June 2007, I received a letter from Brown with a fax header dated June 26, 2007, a copy of which is attached hereto as **Exhibit 20**. Although this letter also said payments would be forthcoming, they never were.

20.     Starting in the second half of 2007, individuals named Mack McConnell and "Michael" began communicating with us and other investors on behalf of Brown. Starting in late 2007, Mack and Michael sent us and other investors, by fax or e-mail, updates from Brown. Copies of several of these updates are attached hereto collectively as **Exhibit 21**. In these updates, Brown claimed to be in the process of obtaining money to generate profits for his investors. I never received payments of any such profits from Brown.

21.     In the second half of 2007, Brown told me that he was making a $50,000,000 investment through a group of religious leaders, which he claimed was why he could not pay us. Brown gave me a telephone number and access code to call in to listen to a weekly "conference call" of the religious leaders. When I called in I heard only one person talking on the call talking about buying bank notes. I called in every Friday for several weeks to listen to the conference call, though I didn't understand the specifics of what was being said on the calls. Brown later told me that he planned to make over $100,000,000 on this investment, though he never paid us any additional money.

22.     On another occasion, Brown told Daniel that he was purchasing an island that investors, including Daniel and I, could visit. Brown also told Daniel's co-worker who had referred us to Brown that he had invested in gold and silver. Brown never provided me any documents regarding these supposed investments or the purported investment with religious leaders, and after making these statements, he never paid us any of the money he owed us.

DECLARATION OF TERESA BUNCH

23.     On April 9, 2008, Daniel and I faxed Brown a letter dated April 8, 2008 from us demanding payment of $1,667,975.11, which is the total principal and profits Brown owed as of that date, excluding the amounts owed on the matching gift "double" agreements that Brown contributed when we invested.  Copies of the April 8, 2008 letter and the fax cover sheet are attached hereto as **Exhibit 22**.  Brown has not responded to our letter.

I declare under penalty of perjury under the laws of the United States that the statements made above are true and correct.  Executed in Fresno, California on July ___, 2008.

_____

Teresa Bunch

1      23.    On April 9, 2008, Daniel and I faxed Brown a letter dated April 8, 2008 from us

2  demanding payment of $1,667,975.11, which is the total principal and profits Brown owed as of that

3  date, excluding the amounts owed on the matching gift "double" agreements that Brown contributed

4  when we invested. Copies of the April 8, 2008 letter and the fax cover sheet are attached hereto as

5  **Exhibit 22**. Brown has not responded to our letter.

6      I declare under penalty of perjury under the laws of the United States that the statements made

7  above are true and correct. Executed in Fresno, California on July 8 , 2008.

8

9

10

11

12                 Teresa Bunch

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

**Big bucks**

Vallejoan says he can
help you find success
with the stock market.

Page B1







# Times-Herald

Since 1875 ● Vallejo ● Benicia ● American Canyon    Wednesday, September 27, 2000    www.timesheraldonline.com ● 47 cents+tax

B6 ## On the Money    Wednesday, September 27, 2000

# A free way to Wall Street

### Vallejoan to offer classes on investing in the stock market free of charge

**By RHONDA REASON-THOMAS**
Times-Herald staff writer

The only thing he's asking for is attendance and commitment.

In return, you'll receive the opportunity to learn about stock market investments, "free of charge," in a weekly course that has normally cost participants $2,400.

Native Vallejoan and 1973 St. Patrick's High School grad, Robert Brown Jr., has found his way to freedom and the American dream through his investment in the stock market. He wants to share the knowledge with the citizens of Vallejo, as one way to give back to his community.

Over the past 20 years, Brown has learned the market through self-instruction as well as reading investment books, such as "Million Next Door," "Rich Dad, Poor Dad."

Brown has benefited from no overflow of what he calls "knowings," from the market. Though he refused to give his net worth, his payoffs have come from such companies as Microsoft, Dells, Sisco, Home Depot, Wal Mart, Intel, General Electric and many more, allowing him to be his own bank.

"I've been blessed from my investments over the years and now it's allowing me to not have to work. I can spend any time doing what I want to do," Brown said.

Though he doesn't consider himself a broker, Brown is spending his time setting up the "free" stock market classes that will start in October.

(See **BROWN**, B4)

Brown says he will teach the basics of the market as well as how to set up emergency funds, decision making, the investor versus the consumer, liquid money, family power and voice through credit and many options within the market.

He also wants to bridge generation gaps by teaching youth and young adults about the market, hoping they will share with parents and other relatives.

The purpose of the course is to also offer it to kids," said Brown. "Families can come together instead of the kid asking for a certain type of tennis shoe, the kid can say, 'Mom, Dad I want to invest,' and let the stock pay for the tennis shoes."

Brown is the son of Robert, Sr. and Rozeola, who has owned Brown's Jewelers in downtown Vallejo for more than 50 years. He's experienced the market early, from his father's leadership.

"My father taught me the basics about


**BOBBY BROWN** is giving free stock market classes

## Brown
(From B1)

the market when I was young. He had me purchase stock for the first time when I was about 16 years old. I invested in Occidental Petroleum at the time."

Growing up in a successful business family, Brown says his parents' advice was not to flaunt, but to look like "old money."

"My parents taught my sister and I not to be flashy and plan to invest our money and make our money work hard for us, as opposed to us working hard for money," Brown said. "Not only do I invest, but my sisters as well is my fiancee Cheryl."

Brown says his success does not come without sacrifice. He and his fiancee choose not to own a car, and eat out other toys, in order to not have debts. At times, he's seen getting on or off the bus, or using other forms of public transportation to get around.

Though his parents are mini-jewelry business, Brown doesn't wear jewelry that accentuates his presence.

"I've always admired John F. Kennedy, Jr. because here was one of the richest guys who was not the flashy type. He lived as a regular looking person. I see more investors do. My parents told me to be aware of those who are always flashy."

Brown keeps his expenses to a minimum, sacrificing the fee for family's finance. He hopes that his investments and the success of other family members will create a global voice of power.

"People need to know that owning stock gives you a voice," Brown said. "If you don't like things that companies like the Phillip Morris' and what they're doing, buy up their stock and create a voice to make change."

Brown says he hopes to create an energy in Vallejo that eventually will help improve the city's economy.

"What I've learned from the market is that 80 percent of all the wealth within the last 10 years has been created in the stock market," Brown said. "If you haven't been involved in the stock market you've lost of time left behind.

"When people in a whole understand the market, it not only allows

you to become financially independent, but it allows you to be liquid. Having not liquidity as opposed to building assets with debt."

Brown said that in order for Vallejo to basic a stronger economy, it must attract high tech companies, instead of continuing to solicit for retail.

"If a high tech company moves to Vallejo, retail will automatically follow. You'll attract the major book stores, the Starbuck's and other major retail stores," Brown said. "That's what I see happen to the city of Fremont, Emeryville and other cities similar to Vallejo and its economy."

"Vallejo is one of two cities that has a power grid in this site. With high tech companies leaving the San Francisco area, Vallejo needs to accommodate these companies and invite them in," he said.

Brown hopes his class will start an investment revolution that gains not only for his family, but for the citizens of his hometown of Vallejo, which he loves.

◻ Classes are now forming on a first come, first serve basis. For more information and registration, call Brown at Trebor Company, 557-5236.

TREBOR

COMPANY

# Morning

## TOP O' THE MORNING



David Pacheco/Times-Herald

## BIG BUSINESS

BUSINESSMEN RICK SYLVAIN, left, Bobby Brown, center, and Bill Neads talk downtown in front of the Georgia Street Grill and Brown's Jeweler's.

# Exhibit 2

*BoB Brown JR*    *707-342-8703*
*PO BOX 1166*
*VALLEJO, CA 94590*    *REFERRED BY*    *(6)*
    *DUANE EDDINGS*    *(2)*

## TREBOR COMPANY
P. O. Box 166, Vallejo, CA 94590
Ph.707.557.4785 / Fx.707.644.2913

### 24-MONTH HIGH YIELD AGREEMENT

The following agreement is being executed between Robert C. Brown, Jr.

and _DANIEL + TERESA BUNCH_ on the _1ST_ day of _JULY_, 200 _5_ at

_____, California.

The amount of _$50,000_ is invested by Robert C. Brown, Jr. for

a committed period of twenty-four months. Each four-month cycle will yield returns from

21%-30% (3 payouts/year). The payout will be paid to _DANIEL + TERESA BUNCH_

on the final Friday of the fourth month.

If _DANIEL + TERESA BUNCH_ should take out his/her principle before the

24-month period is up, _DANIEL + TERESA BUNCH_ will lose all profits. If part of the

profits have already been taken, the amount will be reduced from the principle.

_DANIEL + TERESA BUNCH_ must allow 45 business days to receive the money.

In the event that _DANIEL OR TERESA BUNCH_ should pass away during

the lifetime of the agreement, the principle of _$50,000_, including the return

on the investment principle will be paid to the Beneficiary. Please allow 45 business

days to process this transaction. If ROBERT C. BROWN, JR. should pass away during

the lifetime of this agreement, his estate will pay the investment sum plus profits as

stated under the terms of this agreement. Please allow legal time from the time the

estate has cleared. *PLEASE NOTE: This agreement and 4-month cycle updates are for

your information only, and not to be used as a document for financial verification.*

_____    _____ _7-1-0_
**ROBERT C. BROWN, JR. / DATE**    **SIGNATURE(S) / DATE**
(12/2004)

# Exhibit 3

**Bank of America**

**Funds Transfer Request and Authorization**

**Section I: Requester/Originator Information**

| Name | Telephone # | Date Wire to be Sent |
|---|---|---|
| *Teresa Bunch* | ▓▓▓▓ | *7-12-05* |

| Address | City | State | Zip |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

| Customer ID Type | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| 1. *CDL* | 1. ▓▓▓▓ | 1. | 1. | 1. *4-30-08* |
| 2. *ATM Pin Verified* | 2. N/A | 2. N/A | 2. N/A | 2. N/A |

**Section II: Associate Accepting Wire**

| Associate Name | Unit #/Work Phone # | Date | Time | Mailcode |
|---|---|---|---|---|
| *Cindy Bosworth* | *1014  445-7344* | *7-12-05* | *9:30* | *747-16-3-01-01* |

Callback Required if Phone, Fax or Letter ☐ Yes ☐ N/A   Name of Person Contacted _____  Date/Time _____  Market Approval (if required) _____
Callback Completed by: _____

**Section III: Transfer Payment Instructions (Domestic and US Dollar International only)**

| Amount of Wire | Debit Account Type (circle one) | Serial # (For ICA/GL) or Repetitive ID# | Source |
|---|---|---|---|
| $ *30,000.00* | (CHKG)  SAV   ICA   GL | | ☒ OTC  ☐ Fax  ☐ Phone  ☐ Letter |

| Account to Debit | State | Available Balance | Account Title |
|---|---|---|---|
| ▓▓▓▓ | *CA* | $ *51,984.50* | *Same as above* |

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| $ | | | $ |

**Section IV: Transfer Payment Instructions (Foreign Currency International only)**

| USD Amount of Wire | Country | Rate | Foreign Currency Amount | FX Reference ID (if applicable) |
|---|---|---|---|---|
| $ | | | | |

| Debit Account Type (circle one) | Serial # (For ICA/GL) or Repetitive ID# | Source |
|---|---|---|
| CHKG   SAV   ICA   GL | | ☐ OTC  ☐ Fax  ☐ Phone  ☐ Letter |

| Account to Debit | State | Available Balance | Account Title |
|---|---|---|---|
| | | $ | |

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| $ | | | $ |

**Section V: Wire Information**

| Beneficiary Name | Beneficiary Account # |
|---|---|
| *Robert Brown JR* | ▓▓▓▓ |

| Beneficiary Address: | City | State | Country | Zip |
|---|---|---|---|---|
| *316 Georgia St.* | *Vallejo* | *Ca* | | *94590* |

| Beneficiary Bank Name | ABA #/Swift # |
|---|---|
| *Union Bank of California* | *122000496* |

| Beneficiary Bank Address (if available) Street | City | State | Country | Zip |
|---|---|---|---|---|
| *1178 Admiral Callaghan* | *Vallejo* | *Ca.* | | *94589* |

Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival):

| Send Thru Bank (if available) | ABA #/Swift # |
|---|---|
| | |

| Send Thru Bank Address   Street | City | State | Country | Zip |
|---|---|---|---|---|
| | | | | |

**Section VI: Customer Approval**

I authorize Bank of America to transfer my funds as set forth in the instructions note herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees.

| Customer's Signature: | Date of Request: *7-12-05* |
|---|---|

**Section VII: Wire System Entry/Approval**     BAT Approval Authorization # (if applicable) _____

| Wire Entered by: Name/Signature (attach BFT screens 3 & 4) | BFT System Time | BFT Sequence # | |
|---|---|---|---|
| Print: *Cindy Bosworth*  Signature: *CBosworth* | *11:41* | *0105 0712002801* | |

| Date of Entry and Approval | Approved By (Name/Signature) | | BFT System Time |
|---|---|---|---|
| *7-12-05* | Print: *Cindy Bosworth*  Signature: | | |

**Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See TAO nw.help.block.cntry**
**When debiting internal account/ICA, send original to National Channel Ops (SC3-250-02-39)**

White-National Channel Operations (if internal account debited)     Canary-Customer     Pink-Banking Center

# Exhibit 4

Robert C. Brown, Jr.
316 Georgia St
Vallejo, Ca 94590

122000496

Account #
Routing#

Union Bank of California
1178 Admiral Callaghan
Vallejo, Ca 94589

# Exhibit 5

# TREBOR COMPANY

**P.O.BOX 1166**
**VALLEJO, CA 94590**
**Ph. 707.342.8703**

## 24- MONTH DOUBLE AGREEMENT (20k & UP)

The following agreement is being executed between Robert C. Brown , Jr. and _Teresa & Daniel Bunch_ on the _1 st_ day of _July_, 200 _5_ at _Vallejo_, California.

The amount of _$ 50,000_ is invested by Robert C. Brown, Jr. for a committed period of twenty-four months. This amount will be matched by a dollar for dollar gift and yield returns that double 100% at the end of this agreement. The payout will be paid to _Teresa & Daniel Bunch_ within 60 business days after the twenty-four month period ends.

If _DANIEL + TERESA BUNCH_ should take out his/her principle before the 24-month period is up. _DANIEL + TERESA BUNCH_ will lose all profits and gifts. Any early withdrawals must be submitted in writing.

_DANIEL + TERESA BUNCH_ must allow 60 business days to receive the money.

In the event that _DANIEL OR TERESA BUNCH_ should pass away during the lifetime of the agreement, the principle of _50,000_, including the return on the investment principle will be paid to the Beneficiary. Please allow 60 business days to process this transaction. If ROBERT C. BROWN, JR. should pass away during the lifetime of this agreement, his estate will pay the investment sum plus profits as stated under the terms of this agreement. Please allow legal time from the time the estate has cleared. PLEASE NOTE: This agreement is for your information only and not to be used as a document for financial verification.

_signature_ 7-1-05                    _signatures_ 7-1-05
**ROBERT C. BROWN, JR / DATE**              **SIGNATURES(S) / DATE**

# Exhibit 6

# TREBOR COMPANY

**P.O.BOX 1166**
**VALLEJO, CA 94590**
**Ph.707.342.8703**

## 24- MONTH HIGH YIELD AGREEMENT

The following agreement is being executed between Robert C. Brown, Jr. and DANIEL + TERESA BUNCH on the ___1ST___ day of ___NOV___, 200_5_ at BERKELEY ___, California.

The amount of ___$200,000___ is invested by Robert C. Brown, Jr. for a committed period of twenty-four months.     Each four-month cycle will yield returns from **21%-30%    (3payouts/year).**     The payout will be to DANIEL + TERESA BUNCH  on the final Friday of the Fourth Month.

If DANIEL + TERESA BUNCH should take out his/her principle before the 24-month period is up. DANIEL + TERESA BUNCH will lose all profits . If part of the profits have already been taken, the amount will be reduced from the principle.   Any early withdrawals must be submitted in writing. DANIEL + TERESA BUNCH must allow 45 business days to receive the money.     In the event that DANIEL OR TERESA BUNCH should pass away during the lifetime of the agreement, the principle of ___$200,000___, including the return on the investment principle will be paid to the Beneficiary. Please allow 45 business days to process this transaction. If ROBERT C. BROWN, JR. should pass away during the lifetime of this agreement, his estate will pay the investment sum plus profits as stated under the terms of this agreement.  Please allow legal time from the time the estate has cleared. **PLEASE NOTE: This agreement and 4-month cycle updates are for your information only and not to be used as a document for financial verification.**

_____     _____ 11-1-05
**ROBERT C. BROWN, JR./ DATE**     **SIGNATURES(S) / DATE**

# Exhibit 7

# Wire Transfer Services
# Outgoing Wire Transfer Request


**WELLS FARGO**

A customer or team member, with the customer present, completes this form when requesting to send a wire. Retain original copy in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Requests (page 2 when form is accessed on-line & preprinted on the back of printed forms). Non-customer wires over $3000 or more require a referral from an established customer and bank approval. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships.

| Today's Date 11-4-05 | Send Date (if next day submit note after 3:30 CT. Store must hold of other than today's or next day date.) 11-4-05 | |
|---|---|---|
| Customer Name Daniel Bunch | | Phone Number ▉▉▉▉▉ |
| Customer Address, City, State, Zip code ▉▉▉▉ | ▉▉▉▉ | |

## 1. Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds.)

| Beneficiary/Recipient Name Wire Investors Simply Excel, LLC | Beneficiary Account No. ▉▉▉▉ | Beneficiary Phone Number ▉▉▉▉ |
|---|---|---|
| Beneficiary Address, City, State, Zip code ▉▉▉▉ | Vallejo, CA 94591 | |
| Information for Beneficiary | | |

## 2. Beneficiary Bank Information (This is the financial institution or broker dealer (i.e., Merrill Lynch) where the beneficiary maintains their account.)

| Beneficiary Bank RTN or SWIFT Bank Identifier Code (BIC) 121000248 | International Sort/Routing/Clearing Code (if applicable) |
|---|---|
| Beneficiary Bank Name Wells Fargo Bank | |
| Beneficiary Bank Address, City, State, Zip, Country (optional information) 444 Admiral Callaghan   Vallejo, CA 94590 | |
| Information for Beneficiary Bank (wires to Mexican banks require the CLABE account number in the Beneficiary instructions to ensure correct payment) | |

## 3. Intermediary Bank Information (This is a financial institution that the wire must pass through before reaching the final beneficiary bank.) This section is optional and not required for all wires.
Please note that routing may be altered depending on Wells Fargo Bank's correspondent relationships.

| Optional: Intermediary Beneficiary Bank RTN or SWIFT Bank Identifier Code (BIC) | International Sort/Routing/Clearing Code (if applicable) |
|---|---|
| Intermediary Bank Name | |
| Intermediary Bank Address, City, State, Zip, Country (optional information) | |
| Information for Intermediary Bank | |

## 4. Account, Foreign Currency, & Customer Information

| Transfer from Wells Fargo Bank, N.A. (12-Digit Account No. (Must be checking, savings, market rate or wholesale/checking account)) | | U.S. Dollar Wire Amount 200,000.00 |
|---|---|---|
| International Wire only: Foreign Currency Type/Name (#3 will be used unless specified otherwise) | Currency Code | Foreign Currency Amount |
| AU where the Originator's account is located 00200 | Wire Fee Amount (the transfer from account will be charged the fee.) The region that houses the account being debited determines the fee amount. Use the fee information available through Teamworks and/or in the Banker's Guide. | Fee Amount 30.00 |

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this Request. Wells Fargo Bank is authorized to rely on the information by the Requestor making this request of funds transfer.

X ▉▉▉▉   Date 11-4-05

## 5. Bank Use Only – Bank Approval & Exception Process – Following MUST be completed for All Outgoing Wires

| International Wire Foreign Currency Information | | |
|---|---|---|
| Rate | Contract No. (required when $15,000 or more U.S.$) | FX Trader Contact |
| Wire Transaction/FAS Number PW-00200-▉▉▉ | Name on Provided Identification Daniel Webster Bunch | |
| ID/FX Type Issued by State/Country, Number & Expiration Date ▉▉▉▉ | 2nd ID Type Issued by State/Country, Number & Expiration Date Verified tokens on act. OK per Carol | |

When customer's account is not debited, the WIP Account is funded by

☐ Paid Cash   ☐ Paid by Check   ☐ Paid through account other than checking, savings, MRA, TRS or Hogan. Reference Acct.#   ☐ Non-Customer Tax ID (for record keeping)

| Initials ▉▉▉▉ | First Approval | Second Approval, if applicable |
|---|---|---|

## 6. Bank to Complete following as required/needed.

| Verification of Originator (Telephone, Fax, written requests or business account validate the originator is an authorized signer and document below or attach supporting documentation.) | | Caller's immediate phone number |
|---|---|---|
| Method of Identification to verify requestor's authority to charge account for the wire | | |
| Reason caller cannot come into the Bank | | Caller's location |
| | | ☐ Company  ☐ Home  ☐ Other: |
| Confirmation of Request (Banker calls customer for confirmation) | | |
| Phone number to call to verify request | Time of call to customer | Source used |
| | | ☐ Bank Records  ☐ Telephone Directory  ☐ Other: |
| Name of person placing call | Customer/Contact Name | Customer |
| | | ☐ Approved the transfer  ☐ Denied the transfer |
| Telephone, Fax, or Written Request Approvals | | |
| Account Officer | Date | Next level of approval (if required) | Date |

# Exhibit 8

Wise Investors Simply Excel, LLC

Vallejo, Ca 94591

121000248          Account #
                   Routing#

Wells Fargo Bank
774 Admiral Callaghan
Vallejo, Ca 94590

^X  707 - 638 - 0301

# Exhibit 9

# TREBOR COMPANY

**P.O.BOX 1166**
**VALLEJO, CA 94590**
**Ph.707.342.8703**

### 24- MONTH DOUBLE AGREEMENT (20k & UP)

*The following agreement is being executed between* Robert C. Brown , Jr. and DANIEL + TERESA BUNCH *on the* 1ST *day of* NOV ,200 5 *at* BERKELEY *,California.*

The amount of $200,000 *is invested by Robert C. Brown, Jr. for a committed period of twenty-four months. This amount will be matched by a dollar for dollar gift and yield returns that double 100% at the end of this agreement . The payout will be paid to* DANIEL + TERESA BUNCH *within 60 business days after the twenty-four month period ends.*

*If* DANIEL + TERESA BUNCH *should take out his/her principle before the 24-month period is up.* DANIEL + TERESA BUNCH *will lose all profits and gifts. Any early withdrawals must be submitted in writing.*

DANIEL + TERESA BUNCH *must allow 60 business days to receive the money.*

*In the event that* DANIEL OR TERESA BUNCH *should pass away during the lifetime of the agreement, the principle of* $200,000 *, including the return on the investment principle will be paid to the Beneficiary. Please allow 60 business days to process this transaction. If ROBERT C. BROWN, JR. should pass away during the lifetime of this agreement, his estate will pay the investment sum plus profits as stated under the terms of this agreement. Please allow legal time from the time the estate has cleared.* **PLEASE NOTE: This agreement is for your information only and not to be used as a document for financial verification.**

_____  11-1-05    _____  11-1-05
**ROBERT C. BROWN, JR./ DATE**        **SIGNATURES(S) / DATE**

# Exhibit 10

# TREBOR COMPANY

*P.O.BOX 1166*
*VALLEJO, CA 94590*
*Ph.707.342.8703*

## 24- MONTH HIGH YIELD AGREEMENT

*The following agreement is being executed between Robert C. Brown, Jr. and* DANIEL + TERESA BUNCH *on the* 1ST *day of* DECEMBER *, 200 5 at* VALLEJO *,California.*

*The amount of* $50,000 *is invested by Robert C. Brown, Jr. for a committed period of twenty-four months. Each four-month cycle will yield returns from* **21%-30%, (3payouts/year).** *The payout will be to* DANIEL + TERESA BUNCH *on the final Friday of the Fourth Month.*

*If* DANIEL + TERESA BUNCH *should take out his/her principle before the 24-month period is up* DANIEL + TERESA BUNCH *will lose all profits . If part of the profits have already been taken, the amount will be reduced from the principle. Any early withdrawals must be submitted in writing.* DANIEL + TERESA BUNCH *must allow 45 business days to receive the money.*

*In the event that* DANIEL OR TERESA BUNCH *should pass away during the lifetime of the agreement, the principle of* $50,000 *, including the return on the investment principle will be paid to the Beneficiary. Please allow 45 business days to process this transaction. If ROBERT C. BROWN, JR. should pass away during the lifetime of this agreement, his estate will pay the investment sum plus profits as stated under the terms of this agreement. Please allow legal time from the time the estate has cleared.* **PLEASE NOTE: This agreement and 4-month cycle updates are for your information only and not to be used as a document for financial verification.**

12-1-05

_____      _____
**ROBERT C. BROWN, JR./ DATE**      **SIGNATURES(S) /DATE**

# Exhibit 11

# Wire Transfer Services
# Outgoing Wire Transfer Request


WELL
FARGO

A customer or team member, with the customer present, completes this form when requesting to send a wire. Retain original cop
in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transf
Requests (page 2 when form is accessed on-line & preprinted on the back of printed forms). Non-customer wires $3000 or mo
require a referral from an established customer and bank approval. Note: Wells Fargo Wire Transfer Services will route wires base
on correspondent banking relationships.

Today's Date `12 2 05`     Send Date (if next day submit wire after 3:30 CT. Store must hold or later than today's or next day date.)

Customer Name  Teresa Y Bunch     Phone Number

Customer Address, City, State, Zip code

## 1. Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds.)

Beneficiary/Recipient Name  Wise Investors SimplyExcel, LLC

Beneficiary Account Number     Beneficiary Phone Number

Beneficiary Address, City, State, Zip code

Information for Beneficiary

## 2. Beneficiary Bank Information (This is the financial institution or broker dealer (i.e., Merrill Lynch) where the beneficiary maintains their account.)

Beneficiary Bank RTN or SWIFT Bank Identifier Code (BIC) `121000248`     International Sort/Routing/Clearing Code (if applicable)

Beneficiary Bank Name  Wells Fargo Bank

Beneficiary Bank Address, City, State, Zip, Country (optional information)  `174 Admiral Callaghan, Vallejo, CA 94590`

Information for Beneficiary Bank (wires to Mexican banks require the IABE account number in the Beneficiary instructions to ensure correct payment)

## 3. Intermediary Bank Information (This is a financial institution that the wire must pass through before reaching the final beneficiary bank.) This section is optional and not required for all wires.
Please note that routing may be altered depending on Wells Fargo Bank's correspondent relationships.

Optional: Intermediary Beneficiary Bank RTN or SWIFT Bank Identifier Code (BIC)     International Sort/Routing/Clearing Code (if applicable)

Intermediary Bank Name

Intermediary Bank Address, City, State, Zip, Country (optional information)

Information for Intermediary Bank

## 4. Account, Foreign Currency, & Customer Information

Transfer From Wells Fargo Bank N.A. 10 digit Account No. (Must be checking, savings, market rate or wholesale checking account)     U.S. Dollar Wire Amount `150,000.00`

International Wire only, Foreign Currency Type/Name (FX will be used unless specified otherwise)     Currency Code     Foreign Currency Amount

ALL where the Originator's account is located     Wire Fee Amount (the Transfer From account will be charged the fee.) The region that houses the account being debited determines the fee amount. Use the fee information available through Teamworks and/or in the Banker's Guide.     Fee Amount `30 —`

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this Request. Wells Fargo Bank is authorized to rely on the information on this Request in making the requested funds transfer.

X _____     Date `12-2-05`

## 5. Bank Use Only— Bank Approval & Exception Process – Following MUST be completed for All Outgoing Wires

International Wire Foreign Currency Information
Rate

Contract No. (required when $15,000 or more U.S. $)     FX Trader Contact

Wire Transaction/FAS Number  `FW-00200-`     Name on ID used by customer  Teresa Yvette Bunch

1st ID Type issued by State/Country, Number & Expiration Date  `exp 04/08`  `token`     2nd ID Type issued by State/Country, Number & Expiration Date

When customer's account is not debited, the WIP Account is funded by
☐ Paid Cash   ☐ Paid by Check   ☐ Paid through account other than checking, savings, MRA, TRS or Hogan. Reference Acct #

Initiated by     First Approval     Second Approval, if applicable     ☐ Non-Customer Tax ID (for record keeping)

## 6. Bank to Complete following as required/needed.

Verification of Originator (Telephone, Fax, written requests or business account validate the originator is an authorized signer and document below or attach supporting documentation.)
Method of identification to verify requester's authority to charge account for the wire

Reason caller cannot come into the Bank     Caller's immediate phone number

Confirmation of Request (Banker calls customer for confirmation)     Caller's Location
Phone number to call to verify request     Time of call to customer     ☐ Company   ☐ None   ☐ Other:

Name of person placing call     Customer Contact Name     Source used
☐ Bank Records   ☐ Telephone Directory   ☐ Other:
Customer

Telephone, Fax or Written Request Approvals     ☐ Approved the transfer   ☐ Denied the transfer

Account Officer     Date     Next level of approval (if required)     Date

W7866913 04 7846R

# Exhibit 12

# TREBOR COMPANY

*P.O.BOX 1166*
*VALLEJO, CA 94590*
*Ph.707.422.2342*
*Offfice Hours: 11:00am - 5:00pm*
*Monday - Thursday*

### 24- MONTH DOUBLE AGREEMENT

*The following agreement is being executed between* Robert C. Brown , Jr. and TERESA + DANIEL BUNCH on the 1ST day of DECEMBER ,2005 at VALLEJO ,California.

The amount of $50,000 is invested by Robert C. Brown, Jr. for a committed period of twenty-four months. This amount will be matched dollar for dollar and yield returns which double 100% at the end of this agreement . The payout will be paid to TERESA + DANIEL BUNCH within 60 business days after the twenty-four month period ends.

If DANIEL + TERESA Bunch should take out his/her principle before the 24-month period is up, DANIEL + TERESA Bunch will lose all profits and gifts. Any early withdrawals must be submitted in writing.

DANIEL + TERESA Bunch must allow 60 business days to receive the money.

In the event that DANIEL or TERESA Bunch should pass away during the lifetime of the agreement, the principle of $50,000 , including the return on the investment principle will be paid to the Beneficiary. Please allow 60 business days to process this transaction. If ROBERT C. BROWN, JR. should pass away during the lifetime of this agreement, his estate will pay the investment sum plus profits as stated under the terms of this agreement. Please allow legal time from the time the estate has cleared. **PLEASE NOTE: This agreement is for your information only and not to be used as a document for financial verification.**

12-1-05

_____
**ROBERT C. BROWN, JR./ DATE**

_____
**SIGNATURES(S) / DATE**

# Exhibit 13

Theres a Bunch,

These are your statements
Call me if you have
any questions.
707-422-2342

Lynn

# TREBOR COMPANY

P.O. Box 1166
Vallejo, CA 94590
Ph. 707-342-8703

Date: 03/15/06

Name of Client:     Daniel & Teresa Bunch

Date Started:       November 1, 2005

| | |
|---|---|
| Principal Amount | $ 200,000.00 |
| 21% Cycle Profit | $ 42,000.00 |
| Made | $ 42,000.00 |
| Principal + Profit | $ 242,000.00 |
| Current Amount as of 3/15/06 | $ 42,000.00 |

$2000.000 matures to $400,000.00 in 11/08

# TREBOR COMPANY

P.O. Box 1166
Vallejo, CA 94590
Ph. 707-342-8703

Date: 03/15/06

Name of Client:    Daniel & Teresa Bunch

Date Started:    July 01, 2005

| | | |
|---|---|---|
| Principal Amount | $ | 50,000.00 |
| 21% Cycle Profit – 1st cycle | $ | 10,500.00 |
| 2nd cycle | $ | 12,705.00 |
| Made | $ | 23,205.00 |
| Principal + Profit | $ | 73,205.00 |
| Current Amount as of 3/15/06 | $ | 73,205.00 |

$50,000.00 matures to $100,000.00 in 07/07

# Exhibit 14



122000166   12/27/2006

*031000040*   12/27/2006

*031000040*   12/27/2006

↓Do not endorse or write below this line.↓

ENDORSE HERE

580                                    BKO
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
DO NOT                              W THIS LINE
HESI WELLS FARGO BANK, N.A
VALLEJO, CALIF.

11-24                              16-24

>122105278<   12/26/2006
00000

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

# Exhibit 15

WELLS FARGO BANK SOUTHERN CALIFORNIA
PO BOX 53470
PHOENIX, AZ 85072-3470


**WELLS FARGO**

TERESA Y BUNCH
DANIEL BUNCH
██████████ ████████████
████████ ██ ████████████

ITEMS ENCLOSED:        1

AGE   1 OF   1   ACCOUNT CHARGED ████████████                              DATE: 01-03-2007
---------------------------------------------------------------------------
'OUR ACCOUNT HAS BEEN CHARGED FOR THE FOLLOWING ITEM(S) RETURNED UNPAID.

|  | REASON FOR NON-PAYMENT | SEQUENCE # | AMOUNT |
| --- | --- | --- | --- |
| IEPOSITORY ACCOUNT NUMBER: ████████████ |  |  |  |
| HARGES FOR PAPER RETURNS |  |  |  |
|  | Acct Clsed | ██████████ | 5,000.00 |
| OTAL CHARGES FOR PAPER RETURNS |  |  | 5,000.00 |

TOTAL CHARGES FOR PAPER RETURNS                5,000.00
TOTAL FEES                                         7.00

SHOULD YOU HAVE ANY QUESTIONS OR REQUIRE ADDITIONAL INFORMATION, PLEASE CALL THE
PHONE NUMBER THAT IS LISTED ON YOUR BANK STATEMENT.

# Exhibit 16

C BROWN JR
A ST
A 94590

**2119**

Date 2-2-07     11-35/1210
103

*Theresa BunCH*     $ 4000⁰⁰

*n Thousand* 00     Dollars

|America     Customer Since 2005

Blvd

⑈:2119⑈    5⑈

This check
He did'nt
Sign

---

**ROBERT C BROWN JR**
316 GEORGIA ST
VALLEJO, CA  94590

**2147**

Date 2-8-07     11-35/1210
103

Pay to the
order of     *Theresa BunCH*     $ 5000⁰⁰

*Five Thousand* 00     Dollars

**Bank of America**
Vallejo Plaza
3445 Sonoma Blvd
Vallejo CA
707.746.5200

Customer Since 2005

For

⑈ 2147⑈

This check
Bounced

# Exhibit 17

FedEx | Ship Manager | Label ▓▓▓▓▓▓▓▓

https://www.fedex.com/cgi-bin/ship_it/unity/9EbXt7DeXv0IhZq2A

From: Origin ID: ▓▓▓▓▓▓
Robert Brown, Jr

316 Georgia St

Vallejo, CA 94590

FedEx Express

**E**

Ship Date: 10JAN07
ActWgt: 1 LB
System#: 5571298/INET2500
Account#: ▓▓▓▓▓▓

REF:

Delivery Address Bar Code

SHIP TO: (559)351-1543       BILL SENDER

**Teresa Bunch**

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

**PRIORITY OVERNIGHT**                    **THU**
Deliver By:
11JAN07

TRK# ▓▓▓▓ ▓▓▓▓ ▓▓▓▓    FORM 0201    **FAT**    AA

▓▓▓▓       -CA-US
RES

**WD TRMA**

---

| 00092 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Operator I.D.: cu023230

**OFFICIAL CHECK**                    0009206326

**January 09, 2007**

PAY TO THE ORDER OF    ***TERESA BUNCH***

***Five thousand dollars and no cents***            **\*\*$5,000.00\*\***

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 5,000.00

*Richard Levy*

CONTROLLER

⑆0009206326⑆ ⑈121000248⑈ ▓▓▓▓▓▓▓▓⑈

**OFFICIAL CHECK**

0016504832

00165     11-24
Office AU #   1210(8)

Operator I.D.: cu020066

May 29, 2007

PAY TO THE ORDER OF     ***TERESA BUNCH***

***One thousand dollars and no cents***

**$1,000.00**

VOID IF OVER US $  1,000 00

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

*Richard Levy*
CONTROLLER

⑈0016504832⑈ ⑆121000248⑆

| 00240 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Operator I.D.: cu019240

## PERSONAL MONEY ORDER

0024005073

February 23, 2007

PAY TO THE ORDER OF   ***THERESA BUNCH***

***One thousand dollars and no cents***

**\*\*$1,000.00\*\***

VOID IF OVER US $  1,000.00

**WELLS FARGO BANK, N.A.**
MILLBRAE
490 BROADWAY
MILLBRAE, CA 94030
FOR INQUIRIES CALL (480) 394-3122

Purchaser's Signature

⑈00 2400 50 73⑈ ⑆1 21000 248⑆

Theresa, I will
give you Balance
next week.
Things are getting
better By 2nd —
3rd week of March.
Thanks' so much.
God Bless, Bob

OFFICIAL CHECK

0016504453

May 10, 2007

***$2,000.00**

00165    11-24
Office AU #    1210/8)

Operator I.D.   cu020066

PAY TO THE ORDER OF    ***TERESA BUNCH***

***Two thousand dollars and no cents***

VOID IF OVER US $  2,000.00

*Michael Kevy*
CONTROLLER

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

⑈0016504453⑈ ⑆121000248⑆

Deposit on 5/10/07

| 00240 | 11-24 |
|-------|-------|
| Office AU # | 1210(8) |

**OFFICIAL CHECK**

0024004922

Operator I.D.:  cu003642        cu197566

March 05, 2007

PAY TO THE ORDER OF    ***TERESA BUNCH***

***Two thousand dollars and no cents***

**$2,000.00**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  2,000.00

*Richard Levy*

CONTROLLER

⑆00 2400492 2⑆ ⑆1 2 1000 248⑈

# Exhibit 18

Dear Dan & Theresa,

Thank you so very much for all your patience, you are going to be so Blessed in the very near future; In a moment it will become very apparent on the positive moves I made to Benefit the Group as well as my family.

I will be sending you more money next week.

Sincerely,

Bob Brown

# Exhibit 19

May 18, 2007

Dear Group Member:

This letter is to provide you with an update on the status of your loan. As you are aware, it has been my dream to create financially independent people through the Trebor Group.

We are in the final stages of transactions in order to begin disbursements of principal and interest, and we are working feverishly to meet all of our goals. In the past we have advised you of disbursement dates which did not materialize through no fault of ours. Please be assured that I too was disappointed when those dates passed without disbursements. However, I only passed on to you the disbursement dates which had been provided to me.

I have now been advised that it is reasonable to expect a check to be mailed to me between May 23rd and May 27th of 2007. From all information provided to me as of this date, these appear to be the dates we have all been waiting for. Installments of principal and interest will begin in the month of June 2007 and will continue until all capital has been received. Be sure to report all interest earned.

This office will have no further information to report until early June, at which time, Lynn or Brenda will notify you as to when disbursements of installments will be mailed.

It is not my intention to cut off communication with the group, but I think that everyone would agree that my priority is to focus on getting the funds to you as soon as possible. Therefore, all calls made to my cell phone are automatically forwarded to the office. Normal business hours for Lynn are, Monday thru Thursday 9:00am to 12:30pm. Brenda's hours are Monday thru Thursday 1:00pm to 3:00pm., and she can be reached at 775-333-6593. No calls will be answered on Friday, Saturday, or Sunday.

I sincerely thank you for your patience in this matter and I know that in the end it will all be worth it. (There will be future surprises for those who have been patient).

Sincerely,

Robert C. Brown, Jr.



OAKLAND CA 945

23 MAY 2007 PM 9 T

USA FIRSTCLASS

Teresa Bunch



# Exhibit 20

From:    Robert C. Brown Jr.
         P.O. Box 1166
         Vallejo, California 94590

To:      All Loan Members

Subject: Status of Funds

A check will be mailed to us between the dates of June 27th and June 29th, 2007. We should receive funds within four days from the time the check is mailed. (These are not business days.) When we are in receipt of the check, expect up to an eleven-business day hold by the bank. When funds become available, you will be notified and funds will be disbursed accordingly.

Between the receipt of this fax and the time you will receive your funds, there will be no calls from us to you. We will be in the process of preparing for the receipt and distribution of funds in an orderly and efficient manner.

As a reminder, calls to Lynn by dialing 707 422-2342, 9:0AM to 12:30PM Monday through Thursday. To contact Brenda, dial 775 333-6593, 1:0PM to 3:0PM, Monday through Thursday. All calls to my cell phone are automatically forwarded to the above listed numbers. NO CALLS WILL BE ANSWERED OR RETURNED OUTSIDE OF THE DAYS AND TIMES LISTED. Continuous phone calls from you will not speed up the process. Our time will be utilized on getting funds to you as expeditiously as possible.

Thank you for your time and patience.

Robert C. Brown Jr.

# Exhibit 21

# Robert C. Brown, Jr.
## P.O. Box 1166
## Vallejo, CA 94590
## Phone: 707-422-2342

**UPDATE:** I have conformation (with various "funding" dates) from two Accredited Private Lenders who has agreed to make available into an account for generating profits

The 1st Accredited Private Lender is making FUNDS available to me to start generating profits in the markets by Wednesday the 24th of October, 2007 (provided no last minute mandatory Administrative matter). It will take "three" Business days to settle the account after profits are generated plus "two" Business days to make profits available for distribution.

I received conformation on the 17th of October, 2007 that the second Accredited Private Lender will fund the account for generating profits on the 26th of October 2007. As soon as the profits are made available for distribution the group will be notified ASAP.

There is a third Accredited Private Lender with a small group of participants, who will notify me by the 30th of October, 2007 when their funds will be available for generating profits.

**QUESTION:** I have been asked "why" funds are borrowed from Accredited Private Lenders to pay back all loans plus what's owed to all Participants

**Answer:** The LOANS made to me by Participants, was used to make even larger profits for all Participants. As a result of the decision made by me on behalf of all Participants, the return of "LOAN" proceeds plus profits is uncertain at this time. After it became apparent that the "LOAN" proceeds plus profits were untenable, I made arrangements with Accredited Private Lenders to make available to me funds for generating profits to "replace" funds of the Participants in lieu of Participants waiting until January 2008 or anytime longer for Participants Loans plus profits. I using my skills researching the markets to generate profits with the proceeds provided by the Accredited Private Lenders I'm "on the hook" to all Participants for their LOAN proceeds plus their profits. My single number one "GOAL" is to return all "LOAN" proceeds plus profits to all Participants. The Accredited Private Lender's loans are backed by the profits of all Participants "LOAN" proceeds that have yet to be released. In the meantime, additional Accredited Private Lenders have expressed a desire to make funds available for me to use my skills researching the market to generate profits. As each Accredited Private Lender makes funds available to me, the faster I generate larger and larger profits. The larger the profits generated, the faster I can distribute "LOAN" proceeds plus profit to all Participants.

**Note:** This arrangement is designed to speed up the process of getting "LOAN" proceeds plus profits returned to each Participant ASAP. This will require me to focus completely on the movement of the market each day for research and generating profits. Any other time I have available is used mostly to make arrangements with Accredited Private Lenders. That leaves me with very little time to make individual phone calls to Participants.

I will (and/or, have already made) contact some people by phone, as time permits. To allow me to utilize my researching and profit generating abilities to the maximum. I ask that Participants refer all calls to the office number, 707-422-2342 and leave your name and number on the voice message. I have two assistants who will return phone calls to Participants, in a speedy timely manner (48 hrs). This will free my phone time to concentrate on generating profits and making arrangements with additional Accredited Private Lenders.

**IMPORTANT:** This is a very specific update, with **TIMING** known to me. Please understand that, at this point, there is nothing that should cause a change in the next coming week or two, unless it is a more rapid release of profits. If that occurred, Participants will be notified by fax or email.

I will continue to communicate (phone, fax, email) as profits are releasable.

After release of the Accredited Private Lenders LOAN-related proceeds, I am hoping for the next set to arrive the following week, then each week getting larger and larger so that each Participant can benefit from the proceeds and everyone can resume to some normal living.

My Attorney will mail out all proceeds to all Participants as funds become available. Each Participant will receive LOAN proceeds issued in the form of a cashiers check. This will speed up the process without any delay.

**NOTE:** Finally, it appears that a few Individuals expect a daily update. Please take notice that an update will be given if there is any news, or change in news, that I believe Everyone should know. If there is no update, then there is no change in news. (Next update when Profits will be released, by the end of October provided no mandatory Administrative matter)

## You will be rewarded for your continued patience!

Thank you!
Robert C. Brown, Jr.

**From:**  "Mack McConnell" <sovereignty@ureach.com>

**Subject:**  November 16, 2007 Status update

**Date:**  Friday, November 16, 2007 5:16:17 PM

This is Michael, I have spoken to many of you in the past two weeks, thank you for calling in to confirm your contract information has been received and complete in the new computerize database contact manager. If you have not sent in your contact information please do so. The items we need for the database are as listed(**Name your agreement is in, your mailing address, phone number and email address or dedicated fax line**). We do not want anyone's BANKING ACCOUNT information. With this many people the BEST way to get the updates out would be via email or fax(Dedicated lines ONLY). Our email address is **sovereignty@ureach.com** and our fax and voice message number is **877-221-4306**.

**Payouts,**

Per Bob's agreement with the new account holders, his consulting fee(which is the monies used to make payouts)would be a percentage of the profits generated on those accounts. On November 7, 2007 and for the next two days the market started going down. This week has been a slow recovery, and Bob has to hold his position and therefore there are no profits as of today to make any payouts. When there are changes to the status of any payouts you will be notified by this email or fax system, there will be no need to call.

Thank you for your patience,

Michael

**Robert C. Brown, Jr.**
**1166 Georgia St.**
**Vallejo, CA 94590**
**Phone: 510-243-1440**

UPDATE: It has been confirmed that the second "Accredited Private Lender" has funded their account with a substantial amount that will be made available to generate profits starting the week of November 5, 2007. It will take the entire week to generate daily profits in the markets. Once this account is settled, it will take three business days for profits to be released then another two days for profits to transfer, and then payouts will commence to Participants, thereafter.

This is not a "delay"; it is just the business of liquidating a position. I can only control funds when those funds are totally within my control.

This process will repeat itself every week. As additional "Accredited Private Lenders" fund their accounts then make funds available to generate profits. The profits generated each week will steadily increase. All "Participants" will receive a payout as soon as those funds are made available then every other week until all loans are paid according to the terms of each agreement. I do not have a choice and or play "favorites" for payouts. Please understand.

Virtually everyone has stated that they believe that they should be first to be paid. Since everyone is important, I understand. However, I will make distributions as required ASAP and or to minimize problems for all Participants.
I apologize to any Participant who does not appreciate the time in which assistance has been (and is continuing to be) made by me. I'm making this effort (as well as the intent to reward Participants) as promptly as possible.

The second piece of good news is that I am setting up a computerized database and tracking system that will give me the ability to be much more efficient with everything. The two people that I have inputting all the names and account information have requested your help. Because of handwriting, miss spellings, voice messages that are hard to understand, it would be BEST if everyone would TYPE and fax or email the following:

- Name the account is in.
- Their mailing address.
- Best Phone number.
- Best Fax number.
- One email address.

Their fax number is 877-221-4306, their email address is sovereignty@ureach.com, and their phone number is 510-243-1440, please use this number only to confirm receipt of your contact information for the database as this is their only task for right now. I have to have all of your information in this database no later than November 16, 2007. Your help with making sure the database contact information is correct would be greatly appreciated.

Thanks you for your continued support

Robert C. Brown Jr.

FROM 8772214306   Tue Jan 15 14:36:52 2008   PAGE 1 OF 3

## Facsimile Message

| | |
|---|---|
| **To:** Teresa Bunch | **From:** Sovereign Equity Group, LLC |
| **Fax Number:** ▓▓▓▓▓▓▓ | **Date:** 15 Jan 2008 |
| **cc:** | **Total No. Pages:** 3 |
| **Subject:** Robert C. Brown Jr. Update 1/15/08 | **Fax/Voice-mail:** 877-221-4306 |

**Message:**

Update

Happy New Year everyone and I do mean Happy New Year! It has been a long wait for all â€œParticipantsâ€. At this point, another explanation is in order so all â€œParticipantsâ€ can better understand whatâ€™s happening with my attempt to generate profits with â€œAccredited Private Lenderâ€ accounts.

For the past six months the stock market and the financial markets worldwide has been affected by the slowing U.S. real estate market, a declining dollar and the sub prime mortgage meltdown. The stock market is sensitive to uncertainty especially when a possible recession can occur. Because of market uncertainty, my ability to generate profits has required me to explore a different profit generating strategy that can work best in this type of environment. Itâ€™s impossible to predict how long these market challenges will last. Thru recent trial and error I have identified a strategy that will work best in this type of environment. In order for me to generate consistent profits, Iâ€™ll need more time to make minor adjustments to this profit generating strategy. I would like to ask for your continued patience and support.

This new profit generating strategy is on pace to have funds available starting this month and finishing all payouts to â€œParticipantsâ€ by the end of February. I have started generating profits on a small loan, however; this is a â€œtest loanâ€. Once I do well generating profits, I will receive additional funds from the same â€œAccredited Private Lenderâ€ that will be larger than all the â€œAccredited Private Lendersâ€ combined as well as all â€œParticipantsâ€. The profits I create from this â€œmonster loanâ€ will allow me to payout all â€œParticipantsâ€ within 60 business days. So far the profit generating strategy with the small â€œtest loanâ€ is going extremely well. At any given time this â€œAccredited Private Lenderâ€ will test removing from the account, the small â€œtest loanâ€ with a profit. Anytime afterwards, the â€œAccredited Private Lenderâ€ will transfer the â€œmonster loanâ€ into the profit generating account. This could happen between now and the end of the month. I will have the full use of this â€œmonster loanâ€ for 60 business days. This gives me plenty of time to generate enough profits with my new strategy to payout all â€œParticipantsâ€, including your profit.

As for the entire â€œAccredited Private Lenderâ€ accounts that were affected by the market downturn back in early November of 2007, I liquidated each account at a loss so I could use my new profit generating strategy with each account. It might take me 3-4 weeks to begin realizing a profit because I liquidated each account at a loss. This decision to liquidate was better than waiting longer for those accounts to recover with the market. I had to take a step backwards in order to move forward. Your continued patience is greatly appreciated.

FROM 8772214806   Tue Jan 15 14:36:52 2008   PAGE 3 OF 3

Please understand. I do need focus for the next 3-4 weeks without distractions. Iâ€™m also asking that you refrain from all the calls and emails to Mack and Michael. They canâ€™t tell you any more than I have to tell you in this updated message. They are responsible for updating your account contact information so that when there are profits available, each â€œParticipantâ€ will receive their payouts in a timely manner. Expect (2-4 payouts) y immediately following our receipt of profits from the â€œmonster loanâ€.

Meanwhile, for those â€œParticipantsâ€ who have been patient and remained positive, expect future goods things to come. We all want our money, including me.

P.S.  I would like to share with many of the â€œParticipantsâ€ who have spoken with â€œLynn Hooksâ€ by phone that she is facing difficulties following major surgery and may our thoughts and prayers go out to her.

Once again. I reiterate your continued patience is greatly appreciated.


Robert C. Brown Jr.

Comcast Webmail - Email Message                                                    Page 1 of 1

**From:**   "Sovereign Equity Group, LLC" <sovereignty@ureach.com>
**To:**   "Manuel & Veronica Reyes" <███████████████>
**Subject:**   Bob Brown "Update"
**Date:**   Friday, February 22, 2008 7:16:23 PM

**February 21, 2008**

**FYI**

To all "Participants", this is a good time to give an update on the progress of the daily profit generating activities. We have recovered each account that was impacted by the early November market downturn to about 85% of its original value. The daily profit generating strategies are working well and as soon as "profits" become available payouts will follow. The timetable is still on track for the month of February for actual profits. Once a large enough profit is generated very soon, payouts will start. Your continued patience is greatly appreciated especially for this final time frame.

I'm also asking that you refrain from all the calls and email's to Mack and Michael. They can't tell you any more than I can tell you in this updated message. There is no inside info or special update because it's all about profits being generated in the markets on each account, at this point. They are responsible for updating your account contact information so when profits are available, each "Participant" will receive their payouts in a timely manner.

Thank You for Your Continued Patience

Robert C. Brown Jr.

# Exhibit 22

April 8, 2008


Dear Mr. Brown:

This is a letter of demand for our investment and contracts that we made with you.  In November 2005 we invested $200,000.00, July 2005 we invested 50,000.00 and December 2005 we invested $50,000.00.   These amounts were invested with you at 21% interest to be paid each quarter and matched in two years.

As of November 2007 a total of $1,111,983.45 is owed us from the first investment (interest only not including the match).  As of July 2007 a total of $277,995.83 is owned us from the second investment (interest only not including the match). ).  As of December 2007 a total of $277,995.83 is owned us from the third investment (interest only not including the match).

This letter is our request and final request of payment of our investment.  We are no longer willing or interested in continuing our investment relationship you.  Please send us a check in the full amount of $1,667,975.11 to ███████████████████████████  We expect to receive payment within 10 days of the date of this letter, if we have not received payment in full within that time period we will seek legal action. You may contact us by telephone at ███████████ and ██████████

Sincerely,

Daniel and Teresa Bunch

## FACSIMILE TRANSMITTAL SHEET

To: Bob Brown                    From: Teresa Bunch

Company: Sovereign Equity Gap.   Date: 4/9/08

Fax Number: 877-221-4306    Total No. Of Pages (Including Cover): 2

Phone Number:

Re: Letter of Demand

☐ Urgent      ☐ For Review      ☐ Please Comment      ☒ Please Reply      ☐ Please Recycle

Comments: Please respond.