MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), <br><br> Defendants, <br><br> and <br><br> DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, <br><br> Relief Defendants. | Case No. CV 08-3517 CW <br><br> [PROPOSED] ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION |

This matter came before the Court on the *ex parte* application of plaintiff Securities and Exchange Commission ("Commission") for, among other things, an order to show cause why a preliminary injunction should not be issued. The Court has received and considered the Commission's complaint, application, memorandum of points and authorities and the declarations of Mark Fickes, Jeremy Pendry, William Michael McCombe, Patrick Whitfield and Teresa Bunch and

1 | all exhibits attached to those declarations, and all other submissions, written or oral, at or before the
2 | hearing. Good cause appearing,

3

4     IT IS ORDERED that at _____ o'clock ___ .m. on _____,
5 | 2008, or as soon thereafter as the parties can be heard, the defendant, the relief defendant, and each of
6 | them, shall appear before the Honorable _____, Judge of the United States
7 | District Court, to show cause, if there be any, why a preliminary injunction should not be granted,
8 | continuing the equitable relief set forth above in effect pending the determination of this action. Any
9 | declarations, affidavits, points and authorities, or other submissions in support of, or in opposition to,
10 | the issuance of such an Order shall be filed with the Court and delivered to the Commission's counsel
11 | and the offices of the defendants and/or their attorneys no later than _____ o'clock ___ .m. on
12 | _____, 2008. Any reply papers shall be filed with the Court and delivered to opposing
13 | counsel no later than _____ o'clock ___ .m. on _____, 2008.

16 | DATED: _____, 2008

_____
United States District Judge