1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  SECURITIES AND EXCHANGE COMMISSION,    Case No.  CV 08 3517

13              Plaintiff,

14       vs.
                                            *EX PARTE* APPLICATION TO FILE
15                                          UNREDACTED DECLARATIONS
    ROBERT C. BROWN, JR. AND TREBOR COMPANY UNDER SEAL [LOCAL RULE 79-5]
16  (AKA TREBOR INVESTMENT COMPANY, TREBOR
    SEMINARS, TREBOR GROUP AND TREBOR GROUP
17  FUND),

18              Defendants,

19       and

20  DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
    INVESTORS SIMPLY EXCEL, LLC,
21
                Relief Defendants.
22

23

24       Plaintiff Securities and Exchange Commission (the "Commission") applies *ex*

25  *parte* for an order authorizing the filing under seal of the unredacted declarations of Jeremy Pendrey

26  In Support Of Temporary Restraining Order ("Pendrey Declaration"), William Michael McCombe

27  ("McCombe Declaration"), Teresa Bunch ("Bunch Declaration"), and Patrick Whitfield ("Whitfield

28  Declaration"). Local Rule 3-17 forbids the filing of documents that contain social security numbers

1  and financial account numbers unless those numbers are redacted as specified in the rule.  In order to
2  demonstrate the defendants' fraud and misappropriation of client funds, the Pendrey Declaration,
3  McCombe Declaration, Bunch Declaration and Whitfield Declaration generally include social
4  security numbers, financial account numbers and other personal information.  Pursuant to Local Rule
5  3-17(d), plaintiff will file a redacted copy of the declaration in the public files and seeks leave of the
6  Court to file an unredacted copy under seal pursuant to Local Rule 79-5(a) and (c).

8  Dated: July 23, 2008                              Respectfully submitted,

                                                     /s/ Mark P. Fickes
                                                     Mark P. Fickes
                                                     Attorney for Plaintiff
                                                     Securities and Exchange Commission