1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 SECURITIES AND EXCHANGE COMMISSION,    CV 08  3517
                                          Case No. _____
13
           Plaintiff,
14
       vs.                                *EX PARTE* APPLICATION TO FILE
15                                        UNREDACTED DECLARATIONS
   ROBERT C. BROWN, JR. AND TREBOR COMPANY UNDER SEAL [LOCAL RULE 79-5]
16 (AKA TREBOR INVESTMENT COMPANY, TREBOR
   SEMINARS, TREBOR GROUP AND TREBOR GROUP
17 FUND),

18         Defendants,

19     and

20 DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
   INVESTORS SIMPLY EXCEL, LLC,
21
           Relief Defendants.
22

23

24     Plaintiff Securities and Exchange Commission (the "Commission") applies *ex*

25 *parte* for an order authorizing the filing under seal of the unredacted declarations of Jeremy Pendrey

26 In Support Of Temporary Restraining Order ("Pendrey Declaration"), William Michael McCombe

27 ("McCombe Declaration"), Teresa Bunch ("Bunch Declaration"), and Patrick Whitfield ("Whitfield

28 Declaration"). Local Rule 3-17 forbids the filing of documents that contain social security numbers

1  and financial account numbers unless those numbers are redacted as specified in the rule. In order to
2  demonstrate the defendants' fraud and misappropriation of client funds, the Pendrey Declaration,
3  McCombe Declaration, Bunch Declaration and Whitfield Declaration generally include social
4  security numbers, financial account numbers and other personal information. Pursuant to Local Rule
5  3-17(d), plaintiff will file a redacted copy of the declaration in the public files and seeks leave of the
6  Court to file an unredacted copy under seal pursuant to Local Rule 79-5(a) and (c).

8  Dated: July 23, 2008               Respectfully submitted,

                                      *[signature]*
                                      Mark P. Fickes
                                      Attorney for Plaintiff
                                      Securities and Exchange Commission

1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 SECURITIES AND EXCHANGE COMMISSION,    CV 08    3517   Case No. _____

13          Plaintiff,

14    vs.                                  [PROPOSED] ORDER DIRECTING
                                           CLERK TO FILE UNREDACTED
15 ROBERT C. BROWN, JR. AND TREBOR COMPANY DECLARATIONS UNDER SEAL
16 (AKA TREBOR INVESTMENT COMPANY, TREBOR  [LOCAL RULE 79-5]
   SEMINARS, TREBOR GROUP AND TREBOR GROUP
17 FUND),

18          Defendants,

19    and

20 DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
   INVESTORS SIMPLY EXCEL, LLC,
21
            Relief Defendants.
22

23

24    This matter came before the Court on the *ex parte* application of plaintiff Securities and

25 Exchange Commission ("Commission") to file under seal the unredacted declarations of Jeremy

26 Pendrey ("Pendrey Declaration"), William Michael McCombe ("McCombe Declaration"), and

27 Teresa Bunch ("Bunch Declaration") pursuant to Local Rule 79-5. The Court, having considered the

28 application and finding good cause to issue the order,

SEC v. Brown, et al.                              [PROPOSED] ORDER DIRECTING CLERK TO
                                                  FILE DECLARATIONS UNDER SEAL

1     IT IS ORDERED that the Clerk of the Court file the Pendrey Declaration, McCombe Declaration, and Bunch Declaration under seal.

DATED: _____, 2008

                                                      _____
                                                      United States District Judge