1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
8

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12
   SECURITIES AND EXCHANGE COMMISSION,        Case No. 08      3517
13
                  Plaintiff,
14
         vs.                                  [PROPOSED] ORDER TO SHOW
15                                            CAUSE REGARDING A
   ROBERT C. BROWN, JR. AND TREBOR COMPANY    PRELIMINARY INJUNCTION
16 (AKA TREBOR INVESTMENT COMPANY, TREBOR
   SEMINARS, TREBOR GROUP AND TREBOR GROUP
17 FUND),

18               Defendants,

19       and

20 DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
   INVESTORS SIMPLY EXCEL, LLC,
21
                 Relief Defendants.
22

23

24       This matter came before the Court on the *ex parte* application of plaintiff Securities and

25 Exchange Commission ("Commission") for, among other things, an order to show cause why a

26 preliminary injunction should not be issued. The Court has received and considered the

27 Commission's complaint, application, memorandum of points and authorities and the declarations of

28 Mark Fickes, Jeremy Pendry, William Michael McCombe, Patrick Whitfield and Teresa Bunch and

1  all exhibits attached to those declarations, and all other submissions, written or oral, at or before the
2  hearing. Good cause appearing,
3
4     IT IS ORDERED that at __2__ o'clock _p_.m. on __August 5__,
5  2008, or as soon thereafter as the parties can be heard, the defendant, the relief defendant, and each of
6  them, shall appear before the Honorable __Claudia Wilken__, Judge of the United States
7  District Court, to show cause, if there be any, why a preliminary injunction should not be granted,
8  continuing the equitable relief set forth above in effect pending the determination of this action. Any
9  declarations, affidavits, points and authorities, or other submissions in support of, or in opposition to,
10 the issuance of such an Order shall be filed with the Court and delivered to the Commission's counsel
11 and the offices of the defendants and/or their attorneys no later than __5__ o'clock _p_.m. on
12 __July 30__, 2008. Any reply papers shall be filed with the Court and delivered to opposing
13 counsel no later than __5__ o'clock _p_.m. on __August 1__, 2008.
14
15
16 DATED: __JUL 2 3 2008__, 2008
17
18
19                                    _____
20                                    United States District Judge
21
22
...
28