MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
 fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
 pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), <br> Defendants, <br><br> and <br><br> DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, <br><br> Relief Defendants. | Case No. CV 08-3517 CW <br><br><br> PROOF OF SERVICE ON DEFENDANT TREBOR COMPANY |

Plaintiff Securities and Exchange Commission hereby files proof of service of the summons and complaint and other items on Defendant Trebor Company in this action.

Respectfully submitted,

Dated: July 28, 2008

/s/ Mark P. Fickes
Mark P. Fickes
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

PROOF OF SERVICE

C# 08-3517 CW

Securities and Exchange Commission
v.
Robert Brown, et al.

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of:

CAND Civil Summons; CAND Civil Cover Sheet; Complaint for Violations of the Federal Securities Laws; ECF Registration Information Handout; Ex Parte Application to File Un-redacted Declarations Under Seal; [Proposed] Order Directing Clerk to File Un-redacted Declarations Under Seal; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Plaintiff Securities and Exchange Commission's Memorandum of Points and Authorities in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; Appendix of Authority Not Published in Official Reporters in Support of Securities and Exchange Commission's Opposition to Motion to Dismiss, Order to Show Cause Regarding a Preliminary Injunction; Temporary Restraining Order; Declaration of Mark Fickes; Declaration of Jeremy E. Pendrey (File Under Seal); Declaration of Jeremy E. Pendrey (Redacted); Declaration of Teresa Bunch (File Under Seal); Declaration of Teresa Bunch (Redacted); Declaration of Patrick Whitfield (File Under Seal) Declaration of Patrick Whitfield (Redacted); Declaration of William McCombe, Jr. (File Under Seal); Declaration of William McCombe, Jr. (Redacted)

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | |
|---|---|
| Party Served: | Trebor Company |
| By Serving: | Robert C. Brown, Jr. |
| Address: | 840 Darrell Road<br>Hillsborough, CA 94010 |
| Date of Service: | 7/24/08 |
| Time of Service: | 10:30 pm |
| Person Serving: | Shawn Yackle |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

Date:  7/28/08        Signature: _____