AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

Securities and Exchange Commission )
)
)
)
Plaintiff )
-- )   Civil Action No.
Robert C. Brown, Jr. and Trebor Company (AKA Trebor )
Investment Company, Trebor Seminars, Trebor Group )   CV 08    CW
and Trebor Group Fund), Duane Eddings, CDC Global, )          3517
Inc., and Wise Investors Simply Excel, LLC )
)
Defendant )

**Summons in a Civil Action**

To:
Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Trebor Company
c/o Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Duane Eddings
5011 Staghorn Drive
Vallejo, CA 94591

CDC Global, Inc.
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

*(Defendant's name)*

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 23 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7/24/08  10:30p | 840 Darrell Rd, Hillsborough, CA 94010 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Robert C. Brown, Jr. | pesonal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Shawn Yackle   process server | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    7/25/08
               DATE

SIGNATURE OF SERVER

41 Sutter St #1661, San Francisco, CA 94104
ADDRESS OF SERVER