AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

Securities and Exchange Commission )
)
)
)
Plaintiff )
-- )   Civil Action No.
Robert C. Brown, Jr. and Trebor Company (AKA Trebor )
Investment Company, Trebor Seminars, Trebor Group )   CV 08   3517   CW
and Trebor Group Fund), Duane Eddings, CDC Global, )
Inc., and Wise Investors Simply Excel, LLC )
)
Defendant )

**Summons in a Civil Action**

To:
Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Trebor Company
c/o Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Duane Eddings
5011 Staghorn Drive
Vallejo, CA 94591

CDC Global, Inc.
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 23 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

ANNA SPRINKLES

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Duane Eddings CDC Global, Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ Wise Investors Simply Excel, LLC ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Christopher Akhidenor, Owner of Building ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: July 30, 2008

_Love Hicks_
Server's signature

Love Hicks, Register Process
Printed name and title                Server

1138 Howard St., San Francisco, CA
Server's address
94103