MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br>    Defendants,<br><br>    and<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>    Relief Defendants. | Case No. CV 08-3517 CW<br><br>PROOF OF SERVICE ON RELIEF DEFENDANT DUANE EDDINGS |

Plaintiff Securities and Exchange Commission hereby files proof of service of the summons and complaint and other items on Relief Defendant Duane Eddings in this action.

Respectfully submitted,

Dated: July 30, 2008          /s/ Mark P. Fickes
                              Mark P. Fickes
                              Attorney for Plaintiff
                              SECURITIES AND EXCHANGE COMMISSION

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MARK P. FICKES<br>SECURITIES AND EXCHANGE COMMISSION<br>44 MONTGOMERY STREET<br>SUITE 2600<br>, 94104<br>Telephone No: 415-705-2500 | |
| Attorney for: Plaintiff | Ref. No. or File No.: SF03280 |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: SECURITIES AND EXCHANGE COMMISSION
Defendant: ROBERT C. BROWN, JR., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3517 CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Violations Of The Federal Securities Laws; Civil Cover Sheet; Ex Parte Application To File Un-Redacted Declarations Under Seal; [Proposed] Order Directing Clerk To File Un-Redacted Declarations Under Seal; Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Plaintiff Securities And Exchange Commission's Memorandum Of Points And Authorities In Support Of Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Appendix Of Authority Not Published In Official Reporters In Support Of Securities And Exchange Commission's Opposition To Motion To Dismiss; Order To Show Cause Regarding A Preliminary Injunction; Temporary Restraining Order; Declaration Of Mark Fickes; Declaration Of Jeremy E. Pendrey (File Under Seal); Declaration Of Jeremy E. Pendrey (Redacted); Declaration Of Teresa Bunch (File Under Seal); Declaration Of Teresa Bunch (Redacted); Declaration Of Patrick Whitfield (File Under Seal); Declaration Of Patrick Whitfield (Redacted); Declaration Of William Mccombe, Jr. (File Under Seal); Declaration Of William Mccombe, Jr. (Redacted).

3. a. Party served: DUANE EDDINGS

4. Address where the party was served: 160 SANTA CLARA AVENUE
   SUITE 3
   OAKLAND, CA 94610

5. I served the party:
   b. by substituted service. On: Tue., Jul. 29, 2008 at: 9:43AM by leaving the copies with or in the presence of:
   CHRISTOPHER AKHIDENOR, OWNER OF SUBJECT PROPERTY
   (1) (Business) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. LOVE HICKS
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 956
      (iii) County: ALAMEDA

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jul. 30, 2008

   (LOVE HICKS)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6433058.secex-sf.150616

MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>Defendants,<br><br>And<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>Relief Defendants. | Civil Action No. C 08-03517 CW<br><br>DECLARATION MARK P. FICKES CONCERNING SERVICE OF PROCESS ON RELIEF DEFENDANTS DEFENDANT |

I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am an attorney in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness, could and would competently testify as follows:

1. On Monday July 28, 2008, at approximately 3:00 p.m., I had a telephone conversation with Relief Defendant Duane Eddings. Mr. Eddings is also the registered agent for service of process for Relief Defendants CDC Global, Inc. and Wise Investors Simply Excel, LLC.

2. I advised Mr. Eddings that the Court had entered a temporary restraining order in this matter. I further advised Mr. Eddings that the Commission wanted to serve him with a copy of the Complaint filed in this matter. I also told Mr. Eddings that the Commission wanted to serve him with copies of all the papers submitted to the Court in support of the Commission's application for a temporary restraining order.

3. Mr. Eddings informed me that he would not be at his office for several days. He asked me to serve all relief defendants via substitute service by serving copies of all documents on Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610.

4. Based on Mr. Eddings' representation, I directed a process server to serve Mr. Eddings in his individual capacity and as registered agent for service of process for CDC Global, Inc. and Wise Investors Simply Excel, LLC, by serving all the papers submitted to the Court in support of the Commission's application for a temporary restraining order on Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610. In addition, I also directed the process server to serve the relief defendants with the complaint filed in this matter, the summons, the temporary restraining order entered by the Court, and the Court's order to show cause in the same manner.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of July, 2008, at San Francisco, California.

*Mark P. Fickes*
Mark P. Fickes