1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2     fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3     lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4     pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08-3517 CW |
|---|---|
| Plaintiff, | |
| vs. | PROOF OF SERVICE ON RELIEF DEFENDANT WISE INVESTORS SIMPLY EXCEL, LLC |
| ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | |
| Defendants, | |
| and | |
| DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, | |
| Relief Defendants. | |

    Plaintiff Securities and Exchange Commission hereby files proof of service of the summons and complaint and other items on Relief Defendant Wise Investors Simply Excel, LLC in this action.

                                      Respectfully submitted,


Dated:  July 30, 2008             /s/  Mark P. Fickes
                                  Mark P. Fickes
                                  Attorney for Plaintiff
                                  SECURITIES AND EXCHANGE COMMISSION

| Attorney or Party without Attorney:<br>MARK P. FICKES<br>SECURITIES AND EXCHANGE COMMISSION<br>44 MONTGOMERY STREET<br>SUITE 2600<br>, 94104<br>Telephone No: 415-705-2500 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>SF03280 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: SECURITIES AND EXCHANGE COMMISSION
Defendant: ROBERT C. BROWN, JR., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3517 CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint For Violations Of The Federal Securities Laws; Civil Cover Sheet; Ex Parte Application To File Un-Redacted Declarations Under Seal; [Proposed] Order Directing Clerk To File Un-Redacted Declarations Under Seal; Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Plaintiff Securities And Exchange Commission's Memorandum Of Points And Authorities In Support Of Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Appendix Of Authority Not Published In Official Reporters In Support Of Securities And Exchange Commission's Opposition To Motion To Dismiss; Order To Show Cause Regarding A Preliminary Injunction; Temporary Restraining Order; Declaration Of Mark Fickes; Declaration Of Jeremy E. Pendrey (File Under Seal); Declaration Of Jeremy E. Pendrey (Redacted); Declaration Of Teresa Bunch (File Under Seal); Declaration Of Teresa Bunch (Redacted); Declaration Of Patrick Whitfield (File Under Seal); Declaration Of Patrick Whitfield (Redacted); Declaration Of William Mccombe, Jr. (File Under Seal); Declaration Of William Mccombe, Jr. (Redacted).

3. a. Party served:          WISE INVESTORS SIMPLY EXCEL, LLC, c/o DUANE EDDINGS
   b. Person served:         DUANE EDDINGS, AGENT FOR SERVICE

4. Address where the party was served:   160 SANTA CLARA AVENUE
                                          SUITE 3
                                          OAKLAND, CA 94610

5. I served the party:
   b. by substituted service. On: Tue., Jul. 29, 2008 at: 9:43AM by leaving the copies with or in the presence of:
      CHRISTOPHER AKHIDENOR, OWNER OF SUBJECT PROPERTY
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WISE INVESTORS SIMPLY EXCEL, LLC
   Other: LIMITED LIABILITY COMPANY

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LOVE HICKS                          d. The Fee for Service was:

   First Legal Support Services            e. I am: (3) registered California process server
   ATTORNEY SERVICES                            (i)  Independent Contractor
   1138 HOWARD STREET                           (ii) Registration No.:    956
   San Francisco, CA 94103                      (iii) County:             ALAMEDA
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jul. 30, 2008                                               (signature) Love Hicks

   Judicial Council Form POS-010            PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL            (LOVE HICKS)    6433063.secex-sf.150622

MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
　fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
　lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
　pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>Defendants,<br><br>And<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>Relief Defendants. | Civil Action No. C 08-03517 CW<br><br>DECLARATION MARK P. FICKES CONCERNING SERVICE OF PROCESS ON RELIEF DEFENDANTS DEFENDANT |

1. I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am an attorney in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness, could and would competently testify as follows:

1. On Monday July 28, 2008, at approximately 3:00 p.m., I had a telephone conversation with Relief Defendant Duane Eddings. Mr. Eddings is also the registered agent for service of process for Relief Defendants CDC Global, Inc. and Wise Investors Simply Excel, LLC.

2. I advised Mr. Eddings that the Court had entered a temporary restraining order in this matter. I further advised Mr. Eddings that the Commission wanted to serve him with a copy of the Complaint filed in this matter. I also told Mr. Eddings that the Commission wanted to serve him with copies of all the papers submitted to the Court in support of the Commission's application for a temporary restraining order.

3. Mr. Eddings informed me that he would not be at his office for several days. He asked me to serve all relief defendants via substitute service by serving copies of all documents on Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610.

4. Based on Mr. Eddings' representation, I directed a process server to serve Mr. Eddings in his individual capacity and as registered agent for service of process for CDC Global, Inc. and Wise Investors Simply Excel, LLC, by serving all the papers submitted to the Court in support of the Commission's application for a temporary restraining order on Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610. In addition, I also directed the process server to serve the relief defendants with the complaint filed in this matter, the summons, the temporary restraining order entered by the Court, and the Court's order to show cause in the same manner.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of July, 2008, at San Francisco, California.

*Mark P. Fickes*
Mark P. Fickes