1 | MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
2 |   fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
3 |   lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
4 |   pendreyj@sec.gov

5 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, Suite 2600
San Francisco, California 94104
7 | Telephone: (415) 705-2500

8

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13

14 | SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C 08-03517 CW

15 |     Plaintiff, | DECLARATION OF MARK P. FICKES IN SUPPORT OF SECURITIES AND

16 |   vs. | EXCHANGE COMMISSION'S STATEMENT RE ORDER TO SHOW CAUSE

17 | ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT | DATE:   August 5, 2008

18 | COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | TIME:   2:00 p.m.
PLACE: Courtroom 2, 4th Floor

19 |     Defendants,

20 |     And

21 | DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,

22

23 |     Relief Defendants.

24

25

26

27

28

1    I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am

2    an attorney in the San Francisco Regional Office of the Securities and Exchange Commission

3    ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness,

4    could and would competently testify as follows:

5        1.    On Monday July 28, 2008, at approximately 1:56 p.m., I sent Relief Defendant Duane

6    Eddings an email attaching the temporary restraining order ("TRO") and order to show cause

7    ("OSC") entered by the Court on January 23, 2008. Mr. Eddings is also the registered agent for

8    service of process for Relief Defendants CDC Global, Inc. and Wise Investors Simply Excel, LLC.

9        2.    On Monday July 28, 2008, at approximately 3:00 p.m., I had a telephone conversation

10   with Relief Defendant Duane Eddings, who is not represented by counsel in these proceedings. I told

11   Mr. Eddings that the Court had entered the TRO and OSC attached to the email that I sent him. I

12   explained to Mr. Eddings that there would be a hearing on the OSC on August 5, 2008 at 2:00 p.m. I

13   also told Mr. Eddings that the Commission wanted to serve him with a copies of the complaint filed

14   in this matter, the summons, and all the papers submitted to the Court in support of the Commission's

15   *ex parte* application for the TRO.

16       3.    Mr. Eddings informed me that he would not be at his office for several days. He

17   declined to provide me with his residence address. He asked me to serve all relief defendants via

18   substitute service by serving copies of all documents on Christopher Akhidenor at 160 Santa Clara

19   Avenue, Suite #1, Oakland, 94610.

20       4.    Based on Mr. Eddings' representation, I directed a process server to serve Mr. Eddings

21   in his individual capacity and as registered agent for service of process for CDC Global, Inc. and

22   Wise Investors Simply Excel, LLC, by serving all the papers submitted to the Court in support of the

23   Commission's application for the TRO on Christopher Akhidenor at 160 Santa Clara Avenue, Suite

24   #1, Oakland, 94610. In addition, I also directed the process server to serve the relief defendants with

25   the complaint, the summons, the TRO and the OSC.

26       5.    During my telephone conversation, Mr. Eddings said that he would be out of town and

27   unable to appear at the August 5 hearing. I explained to Mr. Eddings that if he wished to seek a

28   continuance of the hearing, he would have to file a request with the Court. I also told Mr. Eddings

1    that if he wished to file an opposition to the issuance of a preliminary injunction, he would have to

2    file that with the Court.

3        6.      As of the filing of the declaration, the Commission has not been served with an

4    opposition to the issuance of a preliminary injunction by the Defendants or Relief Defendants.

5        7.      Attached hereto as Exhibit 1 is a true and correct copy of the summons served on

6    Defendant Robert C. Brown, Jr.

7        8.      Attached hereto as Exhibit 2 is a true and correct copy of the summons served on

8    Defendant Trebor Company.

9        9.      Attached hereto as Exhibit 3 is a true and correct copy of the proof of service of all

10   papers submitted in support of the Commission's *ex parte* application for the TRO, the TRO, and the

11   OSC for Defendant Robert Brown.

12       10.     Attached hereto as Exhibit 4 is a true and correct copy of the proof of service of all

13   papers submitted in support of the Commission's *ex parte* application for the TRO, the TRO, and the

14   OSC for Defendant Trebor Company.

15       11.     Attached hereto as Exhibit 5 is a true and correct copy of the summons served on

16   Relief Defendant Duane Eddings.

17       12.     Attached hereto as Exhibit 6 is a true and correct copy of the summons served on

18   Relief Defendant CDC Global. Inc. ("CDC").

19       13.     Attached hereto as Exhibit 7 is a true and correct copy of the summons served on

20   Relief Defendant Wise Investors Simply Excel.

21       14.     Attached hereto as Exhibit 8 is a true and correct copy of the proof of service of all

22   papers submitted in support of the Commission's *ex parte* application for the TRO, the TRO, and the

23   OSC for Relief Defendant Duane Eddings.

24       15.     Attached hereto as Exhibit 9 is a true and correct copy of the proof of service of all

25   papers submitted in support of the Commission's *ex parte* application for the TRO, the TRO, and the

26   OSC for Relief Defendant CDC.

27

28

1     16.    Attached hereto as Exhibit 10 is a true and correct copy of the proof of service of all

2 papers submitted in support of the Commission's *ex parte* application for the TRO, the TRO, and the

3 OSC for Relief Defendant WISE.

4

5

6     I declare under the penalty of perjury of the laws of the United States that the foregoing is true

7 and correct.  Executed this 1st day of August, 2008, at San Francisco, California.

8

9

10                             Mark P. Fickes

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

)
)
)
)

**ORIGINAL**

*E-filing*

Plaintiff

)
)

Civil Action No.

**CW**

Robert C. Brown, Jr. and Trebor Company (AKA Trebor Investment Company, Trebor Seminars, Trebor Group and Trebor Group Fund), Duane Eddings, CDC Global, Inc., and Wise Investors Simply Excel, LLC

)
)
)
)
)

**CV  08        3517**

Defendant

)
)

**Summons in a Civil Action**

To:

Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA  94010

Trebor Company
c/o Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA  94010

Duane Eddings
5011 Staghom Drive
Vallejo, CA 94591

CDC Global, Inc.
c/o Duane Eddings
5011 Staghom Dr., Vallejo, CA 94591

*(Defendant's name)*

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghom Dr., Vallejo, CA 94591

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA  94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 23 2008

Richard W. Wieking
Name of clerk of court

Date: _____

Deputy clerk's signature

**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7/24/08    10:30p | 840 Darrell Rd, Hillsborough, CA 94010 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Robert C. Brown, Jr. | pesonal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Shawn Yackle        process server | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    7/25/08
                        DATE

SIGNATURE OF SERVER

41 Sutter St #1661, San Francisco, CA 94104

ADDRESS OF SERVER

# Exhibit 2

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

| Clear Form |

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

Securities and Exchange Commission )
)
)
)
**Plaintiff** )
)
Robert C. Brown, Jr. and Trebor Company (AKA Trebor )
Investment Company, Trebor Seminars, Trebor Group )
and Trebor Group Fund), Duane Eddings, CDC Global, )
Inc., and Wise Investors Simply Excel, LLC )
)
**Defendant** )

*E-filing*

Civil Action No.

**CV 08    3517    CW**

**Summons in a Civil Action**

To:
Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Trebor Company
c/o Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Duane Eddings
5011 Staghorn Drive
Vallejo, CA 94591

CDC Global, Inc.
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 2 3 2008

Date: _____

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 7/24/08    10:30p | 840 Darrell Rd, Hillsborough, CA 94010 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Trebor Company c/o Robert C. Brown, Jr. | pesonal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Shawn Yackle        process server | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on     7/25/08
                DATE

SIGNATURE OF SERVER

41 Sutter St #1661, San Francisco, CA 94104

ADDRESS OF SERVER

# Exhibit 3

1   MARC J. FAGEL (Cal. Bar No. 154425)
    MARK P. FICKES (Cal. Bar No. 178570)
2     fickesm@sec.gov
    SUSAN L. LAMARCA (Cal. Bar No. 215231)
3     lamarcas@sec.gov
    JEREMY E. PENDREY (Cal. Bar No. 187075)
4     pendreyj@sec.gov

5   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
6   44 Montgomery Street, Suite 2600
    San Francisco, California 94104
7   Telephone: (415) 705-2500
    Facsimile: (415) 705-2501

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## OAKLAND DIVISION

11

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08-3517 CW |
| Plaintiff, | |
| vs. | PROOF OF SERVICE ON DEFENDANT ROBERT C. BROWN, JR. |
| ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | |
| Defendants, | |
| and | |
| DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, | |
| Relief Defendants. | |

12

13

14

15

16

17

18

19

20

21      Plaintiff Securities and Exchange Commission hereby files proof of service of the summons

22   and complaint and other items on Defendant Robert C. Brown, Jr. in this action.

23                         Respectfully submitted,

24

25   Dated:   July 28, 2008          /s/  Mark P. Fickes
26                                   Mark P. Fickes
                                     Attorney for Plaintiff
27                                   SECURITIES AND EXCHANGE COMMISSION

28

PROOF OF SERVICE

C# 08-3517 CW

Securities and Exchange Commission
v.
Robert Brown, et al.

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of:

CAND Civil Summons; CAND Civil Cover Sheet; Complaint for Violations of the Federal Securities Laws; ECF Registration Information Handout; Ex Parte Application to File Un-redacted Declarations Under Seal; [Proposed] Order Directing Clerk to File Un-redacted Declarations Under Seal; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Plaintiff Securities and Exchange Commission's Memorandum of Points and Authorities in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; Appendix of Authority Not Published in Official Reporters in Support of Securities and Exchange Commission's Opposition to Motion to Dismiss Order to Show Cause Regarding a Preliminary Injunction; Temporary Restraining Order; Declaration of Mark Fickes; Declaration of Jeremy E. Pendrey (File Under Seal); Declaration of Jeremy E. Pendrey (Redacted); Declaration of Teresa Bunch (File Under Seal); Declaration of Teresa Bunch (Redacted); Declaration of Patrick Whitfield (File Under Seal) Declaration of Patrick Whitfield (Redacted); Declaration of William McCombe, Jr. (File Under Seal); Declaration of William McCombe, Jr. (Redacted)

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served:        Robert C. Brown, Jr.
By Serving:          Robert C. Brown, Jr.

Address:             840 Darrell Road
                     Hillsborough, CA 94010

Date of Service:     7/24/08
Time of Service:     10:30 pm
Person Serving:      Shawn Yackle

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:


Date:  7/28/08            Signature: _____

# Exhibit 4

1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION
11

12  SECURITIES AND EXCHANGE COMMISSION,        Case No. CV 08-3517 CW

13              Plaintiff,

14        vs.                                   PROOF OF SERVICE ON
                                                DEFENDANT
15  ROBERT C. BROWN, JR. AND TREBOR COMPANY     TREBOR COMPANY
    (AKA TREBOR INVESTMENT COMPANY, TREBOR
16  SEMINARS, TREBOR GROUP AND TREBOR GROUP
    FUND),
17              Defendants,

18        and

19  DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
    INVESTORS SIMPLY EXCEL, LLC,
20
                Relief Defendants.
21

22        Plaintiff Securities and Exchange Commission hereby files proof of service of the summons

23  and complaint and other items on Defendant Trebor Company in this action.

24                            Respectfully submitted,

25
    Dated:   July 28, 2008
26                            /s/ Mark P. Fickes
                              Mark P. Fickes
27                            Attorney for Plaintiff
                              SECURITIES AND EXCHANGE COMMISSION
28

PROOF OF SERVICE

C# 08-3517 CW

Securities and Exchange Commission

v.

Robert Brown, et al.

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of:

CAND Civil Summons; CAND Civil Cover Sheet; Complaint for Violations of the Federal Securities Laws; ECF Registration Information Handout; Ex Parte Application to File Un-redacted Declarations Under Seal; [Proposed] Order Directing Clerk to File Un-redacted Declarations Under Seal; Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Plaintiff Securities and Exchange Commission's Memorandum of Points and Authorities in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; Appendix of Authority Not Published in Official Reporters in Support of Securities and Exchange Commission's Opposition to Motion to Dismiss Order to Show Cause Regarding a Preliminary Injunction; Temporary Restraining Order; Declaration of Mark Fickes; Declaration of Jeremy E. Pendrey (File Under Seal); Declaration of Jeremy E. Pendrey (Redacted); Declaration of Teresa Bunch (File Under Seal); Declaration of Teresa Bunch (Redacted); Declaration of Patrick Whitfield (File Under Seal); Declaration of Patrick Whitfield (Redacted); Declaration of William McCombe, Jr. (File Under Seal); Declaration of William McCombe, Jr. (Redacted)

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served:       Trebor Company
By Serving:         Robert C. Brown, Jr.

Address:            840 Darrell Road
                    Hillsborough, CA 94010

Date of Service:    7/24/08
Time of Service:    10:30 pm
Person Serving:     Shawn Yackle

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

Date:  7/28/08          Signature: _____

# Exhibit 5

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

E-filing

Securities and Exchange Commission )
)
)
)
)
Plaintiff )
)
Robert C. Brown, Jr. and Trebor Company (AKA Trebor )
Investment Company, Trebor Seminars, Trebor Group )
and Trebor Group Fund), Duane Eddings, CDC Global, )
Inc., and Wise Investors Simply Excel, LLC )
)
Defendant )

Civil Action No.

**CV 08    3517    CW**

**Summons in a Civil Action**

To

Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Trebor Company
c/o Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Duane Eddings
5011 Staghorn Drive
Vallejo, CA 94591

CDC Global, Inc.
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 23 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Duane Eddings CDC Global, Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ Wise Investors Simply Excel, LLC; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Christopher Akhidenor, Owner of Building ; or

(4) returning the summons unexecuted to the court clerk on _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: July 30, 2008

_Love Hicks_
Server's signature

Love Hicks, Register Process Server
Printed name and title

1138 Howard St., San Francisco, CA 94103
Server's address

# Exhibit 6

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL

Securities and Exchange Commission

*E-Filing*

)
)
)
)
)
**Plaintiff**                                    )       Civil Action No.
)
Robert C. Brown, Jr. and Trebor Company (AKA Trebor    )
Investment Company, Trebor Seminars, Trebor Group    )       **CV 08        3517    CW**
and Trebor Group Fund), Duane Eddings, CDC Global,    )
Inc., and Wise Investors Simply Excel, LLC    )
)
**Defendant**                                   )

| | | Summons in a Civil Action | | |
|---|---|---|---|---|
| To | Robert C. Brown, Jr.<br>840 Darrell Rd.<br>Hillsborough, CA 94010 | Trebor Company<br>c/o Robert C. Brown, Jr.<br>840 Darrell Rd.<br>Hillsborough, CA 94010 | Duane Eddings<br>5011 Staghorn Drive<br>Vallejo, CA 94591 | CDC Global, Inc.<br>c/o Duane Eddings<br>5011 Staghorn Dr., Vallejo, CA 94591 |

*(Defendant's name)*

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

A lawsuit has been filed against you.

Within 20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 23 2008

Richard W. Wieking
Name of clerk of court

Date: _____

*ANNA SPRINKLES*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 05/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
by:

Duane Eddings
CDC Global, Inc.

Wise Investors Simply Excel, LLC

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Christopher Akhidenor, Owner of Building _____ ; or

(4) returning the summons unexecuted to the court clerk on _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date:  July 30, 2008

_____
Server's signature

Love Hicks, Register Process
Printed name and title        Server

1138 Howard St., San Francisco, CA
Server's address        94103

# Exhibit 7

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL

E-filing

Securities and Exchange Commission )
)
)
)
Plaintiff )
)
Robert C. Brown, Jr. and Trebor Company (AKA Trebor )
Investment Company, Trebor Seminars, Trebor Group )
and Trebor Group Fund), Duane Eddings, CDC Global, )
Inc., and Wise Investors Simply Excel, LLC )
)
Defendant )

Civil Action No.

CV 08    3517    CW

### Summons in a Civil Action

To
Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Trebor Company
c/o Robert C. Brown, Jr.
840 Darrell Rd.
Hillsborough, CA 94010

Duane Eddings
5011 Staghorn Drive
Vallejo, CA 94591

CDC Global, Inc.
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

Wise Investors Simply Excel, LLC
c/o Duane Eddings
5011 Staghorn Dr., Vallejo, CA 94591

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark P. Fickes
Jeremy E. Pendrey
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Tel: 415-705-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 23 2008

Date:

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 05/08) Civil Summons (Page 2)

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
by:

          Duane Eddings
          CDC Global, Inc.

  (1) personally delivering a copy of each to the individual at this place,  Wise Investors Simply Excel, _____; or    LLC

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
     who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   Christopher Akhidenor, Owner of Building    ; or

  (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:  July 30, 2008

                                _____
                                    Server's signature

            Love Hicks, Register Process
                 Printed name and title    Server

         1138 Howard St., San Francisco, CA
                   Server's address    94103

# Exhibit 8



1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   SECURITIES AND EXCHANGE COMMISSION,          Case No. CV 08-3517 CW
12
              Plaintiff,
13
        vs.                                      PROOF OF SERVICE ON
14                                               RELIEF DEFENDANT
   ROBERT C. BROWN, JR. AND TREBOR COMPANY       DUANE EDDINGS
15  (AKA TREBOR INVESTMENT COMPANY, TREBOR
   SEMINARS, TREBOR GROUP AND TREBOR GROUP
16  FUND),
              Defendants,
17
        and
18
   DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
19  INVESTORS SIMPLY EXCEL, LLC,

20            Relief Defendants.

21      Plaintiff Securities and Exchange Commission hereby files proof of service of the summons

22  and complaint and other items on Relief Defendant Duane Eddings in this action.

23                              Respectfully submitted,

24

25  Dated:  July 30, 2008

26                                   /s/  Mark P. Fickes
                                     Mark P. Fickes
27                                   Attorney for Plaintiff
                                     SECURITIES AND EXCHANGE COMMISSION

28

| Attorney or Party without Attorney: MARK P. FICKES SECURITIES AND EXCHANGE COMMISSION 44 MONTGOMERY STREET SUITE 2600 , 94104 Telephone No: 415-705-2500 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: SF03280 | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | |
| Plaintiff: SECURITIES AND EXCHANGE COMMISSION Defendant: ROBERT C. BROWN, JR., et al. | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 3517 CW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint For Violations Of The Federal Securities Laws; Civil Cover Sheet; Ex Parte Application To File Un-Redacted Declarations Under Seal; [Proposed] Order Directing Clerk To File Un-Redacted Declarations Under Seal; Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Plaintiff Securities And Exchange Commission's Memorandum Of Points And Authorities In Support Of Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Appendix Of Authority Not Published In Official Reporters In Support Of Securities And Exchange Commission's Opposition To Motion To Dismiss; Order To Show Cause Regarding A Preliminary Injunction; Temporary Restraining Order; Declaration Of Mark Fickes; Declaration Of Jeremy E. Pendrey (File Under Seal); Declaration Of Jeremy E. Pendrey (Redacted); Declaration Of Teresa Bunch (File Under Seal); Declaration Of Teresa Bunch (Redacted); Declaration Of Patrick Whitfield (File Under Seal); Declaration Of Patrick Whitfield (Redacted); Declaration Of William Mccombe, Jr. (File Under Seal); Declaration Of William Mccombe, Jr. (Redacted).

3. *a. Party served:*          DUANE EDDINGS

4. *Address where the party was served:*     160 SANTA CLARA AVENUE
                                             SUITE 3
                                             OAKLAND, CA 94610

5. *I served the party:*
   b. **by substituted service.** On: Tue., Jul. 29, 2008 at 9:43AM by leaving the copies with or in the presence of:
   CHRISTOPHER AKHIDENOR, OWNER OF SUBJECT PROPERTY
   (1) (Business) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant
7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LOVE HICKS                          d.  *The Fee for Service was:*

   First Legal Support Services sm         e.  I am: (3) registered California process server
   ATTORNEY SERVICES                           *(i)*   Independent Contractor
   1138 HOWARD STREET                          *(ii)*  Registration No.:     956
   San Francisco, CA 94103                     *(iii)* County:              ALAMEDA
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Wed, Jul. 30, 2008

                                                                        (LOVE HICKS)

Judicial Council Form POS-010          PROOF OF SERVICE                              8433058.secex-sf.150616
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL

1 | MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
2 |   fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
3 |   lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
4 |   pendreyj@sec.gov

5 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, Suite 2600
San Francisco, California 94104
7 | Telephone: (415) 705-2500

8 |

9 |

10 |             UNITED STATES DISTRICT COURT

11 |           NORTHERN DISTRICT OF CALIFORNIA

12 |

13 | SECURITIES AND EXCHANGE COMMISSION,     | Civil Action No. C 08-03517 CW

14 |          Plaintiff,         | DECLARATION MARK P. FICKES
CONCERNING SERVICE OF PROCESS ON
RELIEF DEFENDANTS DEFENDANT

15 |     vs.

16 | ROBERT C. BROWN, JR. AND TREBOR
COMPANY (AKA TREBOR INVESTMENT
17 | COMPANY, TREBOR SEMINARS, TREBOR
GROUP AND TREBOR GROUP FUND),

18 |       Defendants,

19 |     And

20 | DUANE EDDINGS, CDC GLOBAL, INC. AND
WISE INVESTORS SIMPLY EXCEL, LLC,

21 |

22 |       Relief Defendants.

23 |

24 |

25 |

26 |

27 |

28 |

1       I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am

2  an attorney in the San Francisco Regional Office of the Securities and Exchange Commission

3  ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness,

4  could and would competently testify as follows:

5       1.     On Monday July 28, 2008, at approximately 3:00 p.m., I had a telephone conversation

6  with Relief Defendant Duane Eddings. Mr. Eddings is also the registered agent for service of process

7  for Relief Defendants CDC Global, Inc. and Wise Investors Simply Excel, LLC.

8       2.     I advised Mr. Eddings that the Court had entered a temporary restraining order in this

9  matter. I further advised Mr. Eddings that the Commission wanted to serve him with a copy of the

10 Complaint filed in this matter. I also told Mr. Eddings that the Commission wanted to serve him with

11 copies of all the papers submitted to the Court in support of the Commission's application for a

12 temporary restraining order.

13      3.     Mr. Eddings informed me that he would not be at his office for several days. He asked

14 me to serve all relief defendants via substitute service by serving copies of all documents on

15 Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610.

16      4.     Based on Mr. Eddings' representation, I directed a process server to serve Mr. Eddings

17 in his individual capacity and as registered agent for service of process for CDC Global, Inc. and

18 Wise Investors Simply Excel, LLC, by serving all the papers submitted to the Court in support of the

19 Commission's application for a temporary restraining order on Christopher Akhidenor at 160 Santa

20 Clara Avenue, Suite #1, Oakland, 94610. In addition, I also directed the process server to serve the

21 relief defendants with the complaint filed in this matter, the summons, the temporary restraining order

22 entered by the Court, and the Court's order to show cause in the same manner.

23      I declare under the penalty of perjury of the laws of the United States that the foregoing is true

24 and correct. Executed this 30th day of July, 2008, at San Francisco, California.

25

26

27                           Mark P. Fickes

28

# Exhibit 9

1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11
   SECURITIES AND EXCHANGE COMMISSION,          Case No. CV 08-3517 CW
12
                  Plaintiff,
13
          vs.                                    PROOF OF SERVICE ON
14                                               RELIEF DEFENDANT
   ROBERT C. BROWN, JR. AND TREBOR COMPANY       CDC GLOBAL, INC.
15 (AKA TREBOR INVESTMENT COMPANY, TREBOR
   SEMINARS, TREBOR GROUP AND TREBOR GROUP
16 FUND),
                  Defendants,
17
          and
18
   DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
19 INVESTORS SIMPLY EXCEL, LLC,

20                Relief Defendants.

21
          Plaintiff Securities and Exchange Commission hereby files proof of service of the summons

22 and complaint and other items on Relief Defendant CDC Global, Inc. in this action.

23                          Respectfully submitted,

24

25 Dated:   July 30, 2008            /s/  Mark P. Fickes
26                                   Mark P. Fickes
                                     Attorney for Plaintiff
27                                   SECURITIES AND EXCHANGE COMMISSION

28

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MARK P. FICKES<br>SECURITIES AND EXCHANGE COMMISSION<br>44 MONTGOMERY STREET<br>SUITE 2600<br>, 94104<br>Telephone No: 415-705-2500 | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>SF03280 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: SECURITIES AND EXCHANGE COMMISSION | | | | |
| Defendant: ROBERT C. BROWN, JR., et al. | | | | |
| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3517 CW |

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Action Complaint For Violations Of The Federal Securities Laws; Civil Cover Sheet; Ex Parte Application To File Un-Redacted Declarations Under Seal; [Proposed] Order Directing Clerk To File Un-Redacted Declarations Under Seal; Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Plaintiff Securities And Exchange Commission's Memorandum Of Points And Authorities In Support Of Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Appendix Of Authority Not Published In Official Reporters In Support Of Securities And Exchange Commission's Opposition To Motion To Dismiss; Order To Show Cause Regarding A Preliminary Injunction; Temporary Restraining Order; Declaration Of Mark Fickes; Declaration Of Jeremy E. Pendrey (File Under Seal); Declaration Of Jeremy E. Pendrey (Redacted); Declaration Of Teresa Bunch (File Under Seal); Declaration Of Teresa Bunch (Redacted); Declaration Of Patrick Whitfield (File Under Seal); Declaration Of Patrick Whitfield (Redacted); Declaration Of William Mccombe, Jr. (File Under Seal); Declaration Of William Mccombe, Jr. (Redacted).

3.  a. *Party served:*                              CDC GLOBAL, INC., c/o DUANE EDDINGS<br>    b. *Person served:*                          DUANE EDDINGS, AGENT FOR SERVICE

4.  *Address where the party was served:*        160 SANTA CLARA AVENUE<br>                                             SUITE 3<br>                                             OAKLAND, CA 94610

5.  I served the party:<br>    b. **by substituted service.** On: Tue., Jul. 29, 2008 at: 9:43AM by leaving the copies with or in the presence of:<br>                                 CHRISTOPHER AKHIDENOR, OWNER OF SUBJECT PROPERTY<br>       (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*<br>    *on behalf of:* CDC GLOBAL, INC.<br>    *Other:* LIMITED LIABILITY COMPANY

7.  *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)<br>    a. LOVE HICKS

    d.  *The Fee for Service was:*

    e.  I am: (3) registered California process server

            *(i)*    Independent Contractor

            *(ii)*   Registration No.:   956

            *(iii)*  County:      ALAMEDA

**First Legal Support Services**
.ATTORNEY·SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Jul. 30, 2008

(LOVE HICKS)
*6433061.secex-sf.150621*

1 | MARC J. FAGEL (Cal. Bar No. 154425)
2 | MARK P. FICKES (Cal. Bar No. 178570)
    fickesm@sec.gov
3 | SUSAN L. LAMARCA (Cal. Bar No. 215231)
    lamarcas@sec.gov
4 | JEREMY E. PENDREY (Cal. Bar No. 187075)
    pendreyj@sec.gov

5 | Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, Suite 2600
   San Francisco, California  94104
7 | Telephone:  (415) 705-2500

8

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12

13 | SECURITIES AND EXCHANGE COMMISSION,          Civil Action No. C 08-03517 CW

14 |         Plaintiff,          DECLARATION MARK P. FICKES
                                               CONCERNING SERVICE OF PROCESS ON

15 |      vs.          RELIEF DEFENDANTS DEFENDANT

16 | ROBERT C. BROWN, JR. AND TREBOR
   COMPANY (AKA TREBOR INVESTMENT
17 | COMPANY, TREBOR SEMINARS, TREBOR
   GROUP AND TREBOR GROUP FUND),

18 |         Defendants,

19 |       And

20 | DUANE EDDINGS, CDC GLOBAL, INC. AND
   WISE INVESTORS SIMPLY EXCEL, LLC,
21

22 |        Relief Defendants.

23

24

25

26

27

28

1        I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am

2    an attorney in the San Francisco Regional Office of the Securities and Exchange Commission

3    ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness,

4    could and would competently testify as follows:

5        1.     On Monday July 28, 2008, at approximately 3:00 p.m., I had a telephone conversation

6    with Relief Defendant Duane Eddings. Mr. Eddings is also the registered agent for service of process

7    for Relief Defendants CDC Global, Inc. and Wise Investors Simply Excel, LLC.

8        2.     I advised Mr. Eddings that the Court had entered a temporary restraining order in this

9    matter. I further advised Mr. Eddings that the Commission wanted to serve him with a copy of the

10   Complaint filed in this matter. I also told Mr. Eddings that the Commission wanted to serve him with

11   copies of all the papers submitted to the Court in support of the Commission's application for a

12   temporary restraining order.

13       3.     Mr. Eddings informed me that he would not be at his office for several days. He asked

14   me to serve all relief defendants via substitute service by serving copies of all documents on

15   Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610.

16       4.     Based on Mr. Eddings' representation, I directed a process server to serve Mr. Eddings

17   in his individual capacity and as registered agent for service of process for CDC Global, Inc. and

18   Wise Investors Simply Excel, LLC, by serving all the papers submitted to the Court in support of the

19   Commission's application for a temporary restraining order on Christopher Akhidenor at 160 Santa

20   Clara Avenue, Suite #1, Oakland, 94610. In addition, I also directed the process server to serve the

21   relief defendants with the complaint filed in this matter, the summons, the temporary restraining order

22   entered by the Court, and the Court's order to show cause in the same manner.

23        I declare under the penalty of perjury of the laws of the United States that the foregoing is true

24   and correct. Executed this 30th day of July, 2008, at San Francisco, California.

25

26

27                             Mark P. Fickes

28

# Exhibit 10

1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    fickesm@sec.gov
   SUSAN L. LAMARCA (Cal. Bar No. 215231)
3    lamarcas@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  SECURITIES AND EXCHANGE COMMISSION,          Case No. CV 08-3517 CW

13              Plaintiff,

14       vs.                                      PROOF OF SERVICE ON
                                                  RELIEF DEFENDANT
15  ROBERT C. BROWN, JR. AND TREBOR COMPANY       WISE INVESTORS SIMPLY
    (AKA TREBOR INVESTMENT COMPANY, TREBOR        EXCEL, LLC
16  SEMINARS, TREBOR GROUP AND TREBOR GROUP
    FUND),
17              Defendants,

18       and

19  DUANE EDDINGS, CDC GLOBAL, INC. AND WISE
    INVESTORS SIMPLY EXCEL, LLC,

20              Relief Defendants.

21

22       Plaintiff Securities and Exchange Commission hereby files proof of service of the summons

23  and complaint and other items on Relief Defendant Wise Investors Simply Excel, LLC in this action.

24                            Respectfully submitted,

25

26  Dated:   July 30, 2008           /s/  Mark P. Fickes
                                      Mark P. Fickes
27                                    Attorney for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION

28

| Attorney or Party without Attorney:<br>MARK P. FICKES<br>SECURITIES AND EXCHANGE COMMISSION<br>44 MONTGOMERY STREET<br>SUITE 2600<br>, 94104<br>*Telephone No:* 415-705-2500 | | | | | | *For Court Use Only* |
|---|---|---|---|---|---|---|
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>SF03280 | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | | | | | |
| *Plaintiff:* SECURITIES AND EXCHANGE COMMISSION | | | | | | |
| *Defendant:* ROBERT C. BROWN, JR., et al. | | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | | *Case Number:*<br>CV 08 3517 CW | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint For Violations Of The Federal Securities Laws; Civil Cover Sheet; Ex Parte Application To File Un-Redacted Declarations Under Seal; [Proposed] Order Directing Clerk To File Un-Redacted Declarations Under Seal; Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Plaintiff Securities And Exchange Commission's Memorandum Of Points And Authorities In Support Of Ex Parte Application For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction; Appendix Of Authority Not Published In Official Reporters In Support Of Securities And Exchange Commission's Opposition To Motion To Dismiss; Order To Show Cause Regarding A Preliminary Injunction; Temporary Restraining Order; Declaration Of Mark Fickes; Declaration Of Jeremy E. Pendrey (File Under Seal); Declaration Of Jeremy E. Pendrey (Redacted); Declaration Of Teresa Bunch (File Under Seal); Declaration Of Teresa Bunch (Redacted); Declaration Of Patrick Whitfield (File Under Seal); Declaration Of Patrick Whitfield (Redacted); Declaration Of William Mccombe, Jr. (File Under Seal); Declaration Of William Mccombe, Jr. (Redacted).

3. a. Party served:                           WISE INVESTORS SIMPLY EXCEL, LLC, c/o DUANE EDDINGS
   b. Person served:                       DUANE EDDINGS, AGENT FOR SERVICE

4. Address where the party was served:     160 SANTA CLARA AVENUE
                                       SUITE 3
                                       OAKLAND, CA 94610

5. I served the party:
   b. by substituted service. On: Tue., Jul. 29, 2008 at: 9:43AM by leaving the copies with or in the presence of:
                             CHRISTOPHER AKHIDENOR, OWNER OF SUBJECT PROPERTY
    (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WISE INVESTORS SIMPLY EXCEL, LLC
   Other: LIMITED LIABILITY COMPANY

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LOVE HICKS

                                   d. *The Fee for Service was:*

                                   e. I am: (3) registered California process server

**First Legal Support Services**
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

                                   *(i)*   Independent Contractor
                                   *(ii)*  *Registration No.:*  956
                                   *(iii)* *County:*      ALAMEDA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Jul. 30, 2008                                    *Love Hicks*

1 | MARC J. FAGEL (Cal. Bar No: 154425)
MARK P. FICKES (Cal. Bar No. 178570)
2 |   fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
3 |   lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
4 |   pendreyj@sec.gov

5 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, Suite 2600
San Francisco, California  94104
7 | Telephone:  (415) 705-2500

8 |

9 |

10 |                  UNITED STATES DISTRICT COURT

11 |               NORTHERN DISTRICT OF CALIFORNIA

12 |

13 | SECURITIES AND EXCHANGE COMMISSION,    Civil Action No. C 08-03517 CW

14 |                Plaintiff,             DECLARATION MARK P. FICKES
                                          CONCERNING SERVICE OF PROCESS ON
15 |           vs.                        RELIEF DEFENDANTS DEFENDANT

16 | ROBERT C. BROWN, JR. AND TREBOR
COMPANY (AKA TREBOR INVESTMENT
17 | COMPANY, TREBOR SEMINARS, TREBOR
GROUP AND TREBOR GROUP FUND),

18 |                Defendants,

19 |           And

20 | DUANE EDDINGS, CDC GLOBAL, INC. AND
WISE INVESTORS SIMPLY EXCEL, LLC,

21 |

22 |                Relief Defendants.

23 |

24 |

25 |

26 |

27 |

28 |

1    I, Mark P. Fickes, am an attorney duly admitted to practice law in the State of California and am

2    an attorney in the San Francisco Regional Office of the Securities and Exchange Commission

3    ("Commission"). I have personal knowledge of the facts set forth below, and, if called as a witness,

4    could and would competently testify as follows:

5    1.    On Monday July 28, 2008, at approximately 3:00 p.m., I had a telephone conversation

6    with Relief Defendant Duane Eddings. Mr. Eddings is also the registered agent for service of process

7    for Relief Defendants CDC Global, Inc. and Wise Investors Simply Excel, LLC.

8    2.    I advised Mr. Eddings that the Court had entered a temporary restraining order in this

9    matter. I further advised Mr. Eddings that the Commission wanted to serve him with a copy of the

10    Complaint filed in this matter. I also told Mr. Eddings that the Commission wanted to serve him with

11    copies of all the papers submitted to the Court in support of the Commission's application for a

12    temporary restraining order.

13    3.    Mr. Eddings informed me that he would not be at his office for several days. He asked

14    me to serve all relief defendants via substitute service by serving copies of all documents on

15    Christopher Akhidenor at 160 Santa Clara Avenue, Suite #1, Oakland, 94610.

16    4.    Based on Mr. Eddings' representation, I directed a process server to serve Mr. Eddings

17    in his individual capacity and as registered agent for service of process for CDC Global, Inc. and

18    Wise Investors Simply Excel, LLC, by serving all the papers submitted to the Court in support of the

19    Commission's application for a temporary restraining order on Christopher Akhidenor at 160 Santa

20    Clara Avenue, Suite #1, Oakland, 94610. In addition, I also directed the process server to serve the

21    relief defendants with the complaint filed in this matter, the summons, the temporary restraining order

22    entered by the Court, and the Court's order to show cause in the same manner.

23    I declare under the penalty of perjury of the laws of the United States that the foregoing is true

24    and correct. Executed this 30th day of July, 2008, at San Francisco, California.

25

26

27    Mark P. Fickes

28