MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08-3517 CW |
| Plaintiff, | |
| vs. | |
| ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | CERTIFICATE OF SERVICE |
| Defendants, | |
| and | |
| DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, | |
| Relief Defendants. | |

I, Peggy A. Maguire am a citizen of the United States, over 18 years of age and not a party to this action. On August 1, 2008, I served the following:

PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S

**STATEMENT RE ORDER TO SHOW CAUSE**

**DECLARATION OF MARK P. FICKES IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT RE ORDER TO SHOW CAUSE**

**[PROPOSED] PRELIMINARY INJUNCTION**

VIA u.s. Mail addressed to the following:

DUANE EDDINGS, CDC GLOBAL, INC., WISE INVESTORS SIMPLY EXCEL, LLC
c/o Christopher Akhidenor
160 Santa Clara Avenue, Suite #1
Oakland, CA  94610

and via FEDERAL EXPRESS, marked for next business day delivery, addressed to:

ROBERT C. BROWN, JR., TREBOR COMPANY
840 Darrell Road
Hillsborough, CA  94010

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on August 1, 2008.

*Peggy A Maguire*

Peggy A Maguire