MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>Defendants,<br><br>and<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>Relief Defendants. | Case No. CV 08-3517 CW<br><br>CERTIFICATE OF SERVICE |

I, Peggy A. Maguire am a citizen of the United States, over 18 years of age and not a party to this action. On August 1, 2008, I served the following:

    CAND Civil Summons
    CAND Civil Cover Sheet
    CAND ECF Registration Information Handout
    Order to Show Cause Regarding a Preliminary Injunction
    Temporary Restraining Order

    PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
    Complaint for Violations of the Federal Securities Laws
    Ex Parte Application to File Un-redacted Declarations Under Seal

| | |
|---|---|
| 1 | [Proposed] Order Directing Clerk to File Un-redacted Declarations Under Seal |
| 2 | Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction |
| 3 | Plaintiff Securities and Exchange Commission's Memorandum of Points and Authorities in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 4 | Appendix of Authority Not Published in Official Reporters in Support of Securities and Exchange Commission's Opposition to Motion to Dismiss |
| 5 | Declaration of Mark Fickes |
| 6 | Declaration of Jeremy E. Pendrey (File Under Seal)<br>Declaration of Jeremy E. Pendrey (Redacted) |
| 7 | Declaration of Teresa Bunch (File Under Seal)<br>Declaration of Teresa Bunch (Redacted) |
| 8 | Declaration of Patrick Whitfield (File Under Seal)<br>Declaration of Patrick Whitfield (Redacted) |
| 9 | Declaration of William McCombe, Jr. (File Under Seal)<br>Declaration of William McCombe, Jr. (Redacted) |

VIA U.S. Mail addressed to the following:

    DUANE EDDINGS, CDC GLOBAL, INC, WISE INVESTORS SIMPLY EXCEL, LLC
    c/o Christopher Akhidenor
    160 Santa Clara Avenue, Suite #1
    Oakland, CA  94610

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on August 1, 2008.

*/s/ Peggy A. Maguire*
Peggy A. Maguire