MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
 fickesm@sec.gov
SUSAN F. LAMARCA (Cal Bar No. 215231)
 lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
 pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ROBERT C. BROWN, JR. AND TREBOR ) <br> COMPANY (AKA TREBOR INVESTMENT ) <br> COMPANY, TREBOR SEMINARS, TREBOR ) <br> GROUP AND TREBOR GROUP FUND), ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> DUANNE EDDINGS, CDC GLOBAL, INC. AND ) <br> WISE INVESTORS SIMPLY EXCEL, LLC, ) <br> ) <br> Relief Defendants ) | CASE NO. CV 08 3517 CW <br><br> MANUAL FILING <br> NOTIFICATION |

Manual Filing Notification
Case No. CV 08 3517 CW

# MANUAL FILING NOTIFICATION

Regarding: **DECLARATION OF JEREMY E. PENDREY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office (docket items 8 and 9).  Hard copies have been served on all defendants and relief defendants.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[X] Voluminous Document

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____


Dated: August 4, 2008

                                              Respectfully submitted:


                                              By: /s/ Mark P. Fickes
                                              Marc J. Fagel
                                              Mark P. Fickes
                                              Susan F. LaMarca
                                              Jeremy E. Pendrey

                                              Attorneys for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION