1 | MARC J. FAGEL (Cal. Bar No. 154425)
2 | MARK P. FICKES (Cal. Bar No. 178570)
    fickesm@sec.gov
3 | SUSAN L. LAMARCA (Cal. Bar No. 215231)
    lamarcas@sec.gov
4 | JEREMY E. PENDREY (Cal. Bar No. 187075)
    pendreyj@sec.gov

5 | Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, Suite 2600
    San Francisco, California 94104
7 | Telephone: (415) 705-2500
    Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>Defendants,<br><br>and<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>Relief Defendants. | Case No. CV 08-3517<br><br>[~~PROPOSED~~] ORDER DIRECTING CLERK TO FILE UNREDACTED DECLARATIONS UNDER SEAL [LOCAL RULE 79-5] |

This matter came before the Court on the *ex parte* application of plaintiff Securities and Exchange Commission ("Commission") to file under seal the unredacted declarations of Jeremy Pendrey ("Pendrey Declaration"), William Michael McCombe ("McCombe Declaration"), and Teresa Bunch ("Bunch Declaration") pursuant to Local Rule 79-5. The Court, having considered the application and finding good cause to issue the order,

1  IT IS ORDERED that the Clerk of the Court file the Pendrey Declaration, McCombe
2  Declaration, and Bunch Declaration under seal.

4  DATED: _____8/6_____, 2008

_____
United States District Judge