MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>Defendants,<br><br>and<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>Relief Defendants. | Case No. CV 08-3517 CW<br><br>CERTIFICATE OF SERVICE |

1
2      I, Peggy A. Maguire am a citizen of the United States, over 18 years of age and not a party to
3 this action. On August 6, 2008, I served a true and correct copy of the PRELIMINARY
4 INJUNCTION by placing a copy in a postage paid envelope addressed to the person(s) hereinafter
5 listed, and by depositing said envelope in the U.S. Mail.

6
7      ROBERT C. BROWN, JR., TREBOR COMPANY
      840 Darrell Road
      Hillsborough, CA  94010
8

9 I declare under penalty of perjury that the statements made above are true and correct.
10 Executed in San Francisco, California on August 6, 2008.

11
12
13      *Peggy A. Maguire* (signature)
      Peggy A. Maguire

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28