UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

  v.

DUANE EDDINGS,

       Defendant.

NO. C 08-03517 CW

**MINUTE ORDER**
Date: 8/5/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Mark P. Fickes; Jeremy E. Pendrey

**Appearances for Defendant:**
Duane Eddings, pro se

### Motions:

OSC re preliminary injunction     Granted

Further briefing due:
Order to be prepared by:  Court signs order submitted by SEC

Notes:  Preliminary injunction granted; Court signs order submitted by SEC.

Copies to:  Chambers